

SHELBY COUNTY COURTHOUSE
**JIMMY MOORE**
CLERK OF THE CIRCUIT COURT
SHELBY COUNTY

**MEMPHIS, TN 38103-2099**

*This is to certify that these Sixty-One pages are a true and complete copy of:*

## Whole Entire File

*Anthony Snow,* individually and as next kin of
*Jessie M Snow, Deceased,*

  VS                    *CT-002067-10*

*Timothy L. Kemp, M.D., THMS West TN MC, LLC,
And Baptist Memorial Hospital- Collierville*

**Witness my hand and seal of Court on this 14th Day of May, 2010**

S/Jimmy Moore
CIRCUIT COURT CLERK

DEPUTY COURT CLERK

EXHIBIT
A

## IN THE CIRCUIT COURT OF TENNESSEE FOR THE THIRTIETH
## JUDICIAL DISTRICT AT MEMPHIS, SHELBY COUNTY

ANTHONY SNOW, Individually and as
Next of Kin of JESSIE M. SNOW, Deceased,

      Plaintiff,

             Div. VII

v.

             Docket No. CT-_00 2067-10

TIMOTHY L. KEMP, M.D.,
THMS WEST TENNESSEE MC, LLC,
and BAPTIST MEMORIAL HOSPITAL –
COLLIERVILLE,

             Jury Demanded

      Defendants.

### COMPLAINT FOR DAMAGES

The Plaintiff, Anthony Snow, Individually and As Next of Kin of Jessie M. Snow, Deceased

("Patient"), files this Complaint for Damages against the Defendants, Timothy L. Kemp, M.D.,

THMS West Tennessee MC, LLC, and Baptist Memorial Hospital – Collierville ("Defendants"):

#### PARTIES AND JURISDICTION

1.     The Plaintiff, Anthony Snow, is a resident and citizen of Holly Springs, Marshall

County, Mississippi, and has been such at all times pertinent to this Complaint and brings this action

as husband and next-of-kin for Jessie M. Snow, Deceased, pursuant to Tenn. Code Ann. §§ 20-5-101

et seq.

2.     The Defendant, Timothy L. Kemp, M.D. ("Dr. Kemp"), is an adult resident of Shelby

County, Tennessee, and has been such at all times pertinent to this Complaint.

3.     Defendant, Dr. Kemp, provided medical services to the Patient on or about January 2,

2009, at Baptist Memorial Hospital-Collierville.

4.     Defendant, Dr. Kemp, was acting as the employee, servant and/or agent, ostensible, apparent or otherwise, of THMS West Tennessee MC, LLC, at all times relevant hereto.

5.     Defendant, Dr. Kemp, was also acting as the apparent agent of Baptist Memorial Hospital – Collierville at all times relevant hereto.

6.     Defendant, Dr. Kemp, can be served at his regular place of business, 1500 West Poplar, Collierville, Tennessee 38017.

7.     Upon information and belief, THMS West Tennessee MC, LLC, was a professional corporation doing business in Collierville, Shelby County, Tennessee at all times pertinent to this action.

8.     THMS West Tennessee MC, LLC, can be served through its agent for service of process, Corporation Service Company, 2908 Poston Avenue, Nashville, Tennessee 37203.

9.     Upon information and belief, Defendant, Baptist Memorial Hospital – Collierville ("Baptist - Collierville") is and was at all times relevant hereto a hospital facility licensed in and by the state of Tennessee.

10.    The Defendant, Baptist-Collierville, can be served through its agent for service of process, Mr. Greg Duckett, 350 North Humphreys Boulevard, Memphis, Tennessee 38120.

11.    Defendant, Baptist – Collierville, offered general medical and surgical services and was required by statute to provide a hospital emergency service in accordance with rules and regulations enacted by the Tennessee Department of Health.  TENN. CODE ANN. § 68-140-301.

12.    Defendant, Baptist – Collierville, provided medical services to Patient within the Collierville, Shelby County, Tennessee area on or about January 2, 2009.

13.     Defendant, Baptist – Collierville, is vicariously or otherwise liable for the acts and/or omissions of its employees, agents and/or servants, ostensible or otherwise, who provided care and/or treatment to Patient including, but not limited to, Defendant, Dr. Kemp.

14.     All of the events which form the basis of this Complaint occurred in Collierville, Shelby County, Tennessee.

15.     Venue is properly situated in Memphis, Shelby County, Tennessee.

16.     This Court has jurisdiction over the subject matter of this litigation.

17.     This Court has jurisdiction over the parties to this litigation.

18.     The Plaintiff fully complied with the provisions of *Tenn. Code Ann.* § 29-26-122 (a) by properly serving the Defendants with written notice of this claim at least sixty (60) days before filing this Complaint.

19.     Copies of the affidavits of service and written notice served on the Defendants are attached hereto as **Exhibit A**.

20.     The Plaintiff fully complied with the provisions of Tenn. Code Ann. § 29-26-122 by properly filing a Certificate of Good Faith ("Certificate") simultaneously with this Complaint.

21.     A copy of the Plaintiff's Certificate referenced above is attached hereto as **Exhibit B**.

## FACTUAL BACKGROUND

22.     On or about January 2, 2009, Patient arrived at Baptist – Collierville at approximately 10:24 a.m., limping and complained of pain and swelling in her left calf (9 out of 10 point scale) accompanied by shortness of breath.

23.     Defendant, Timothy L. Kemp, M.D. ("Dr. Kemp"), was the Emergency Department physician that assumed the responsibility for the Patient's care.

24.     Dr. Kemp was advised of Patient's presenting complaints.

25.     At approximately 10:45 a.m., Dr. Kemp took a history of the Patient which revealed the onset date of her left calf pain as December 22, 2008, a patient-reported history of deep venous thrombosis, a recent emergency room visit complaining of left calf pain and recent episodes of palpitations and shortness of breath.

26.     Dr. Kemp conducted a physical examination of the Patient in which he noted swelling and pitting of the left calf and foot.

27.     Dr. Kemp ordered a comprehensive metabolic panel, complete blood count and a D-dimer test (which is used to help diagnose thrombosis).

28.     At or about 11:28 a.m., the D-dimer test resulted in an abnormally high measurement of 4.0 ug/ml on a reference range of less than 0.50 ug/ml being normal.

29.     Dr. Kemp then ordered a Venous Doppler Ultrasound of the left calf and the results were interpreted at 12:25 p.m. as negative for deep venous thrombosis.

30.     The Patient was discharged home by Dr. Kemp at 1:10 p.m., who noted her condition as "unchanged."

31.     Despite the Patient presenting with a self-reported history of deep venous thrombosis, swelling, pain and pitting in her lower left extremity, recent episodes of palpitations and shortness of breath, a recent emergency room visit for left calf pain, current complaints of shortness of breath and a highly elevated D-dimer result, Defendant, Dr. Kemp, chose not to begin anticoagulation therapy.

32.     Despite the Patient presenting with a self-reported history of deep venous thrombosis, swelling, pain and pitting in her lower left extremity, recent episodes of palpitations and shortness of breath, a recent emergency room visit for left calf pain, current complaints of shortness of breath and a highly elevated D-dimer result, Defendant, Dr. Kemp, chose not to order a chest CT.

33.     Despite the Patient presenting with a self-reported history of deep venous thrombosis, swelling, pain and pitting in her lower left extremity, recent episodes of palpitations and shortness of breath, a recent emergency room visit for left calf pain, current complaints of shortness of breath and a highly elevated D-dimer result, Defendant, Dr. Kemp, chose not to conduct an appropriate study to rule out pulmonary embolus/emboli.

34.     Despite continued reports of pain in her left calf, the Patient was discharged home at 1:20 p.m. (3 hours after her arrival) and was given prescriptions for Lortab and Ibuprofen for pain and given follow-up instructions to see a doctor in two to three days unless better.

35.     The day after her discharge, the Patient died at home on January 3, 2009, at approximately 5:45 p.m.

36.     According to the Mississippi State Department of Health Certificate of Death, signed by James L. Anderson, MEI, the cause of death was saddle pulmonary thromboembolus, deep venous thrombosis (left lower extremity) and right ventricular dilatation of heart. A copy of same is attached hereto as **Exhibit C**.

<u>CAUSE OF ACTION FOR NEGLIGENCE</u>

37.     Defendants, Timothy L. Kemp, M.D., THMS West Tennessee MC, LLC, and Baptist Memorial Hospital – Collierville, individually and/or vicariously, by or through their agents, servants and employees, are guilty of one (1) or more of the following acts of negligence, each and every such act being a direct and proximate cause of Plaintiff's damages and injuries:

        (a)     Negligently and carelessly failing to order an appropriate work up to rule out the diagnosis of pulmonary embolism;

        (b)     Negligently and carelessly failing to order appropriate anticoagulation therapy in a timely manner;

(c)    Negligently and carelessly failing to otherwise properly evaluate, diagnose and/or treat Patient's medical condition in a timely manner;

(d)    Negligently and carelessly failing to exercise that degree of care and skill required of a reasonable and prudent physician under the same or similar circumstances in cities such as Collierville, Shelby County, Tennessee in 2008; and

(e)    Negligently and carelessly deviating from the recognized standard of acceptable professional practice required and expected of these Defendants under the circumstances that existed at all times relevant hereto.

38.    Defendant, Baptist - Collierville, owed Patient a non-delegable duty to provide medical care and treatment in the Emergency Department and hospital floor that complied with the recognized standard of acceptable professional practice.

39.    Defendant, Baptist – Collierville, breached that non-delegable duty (as noted above) and is thus liable to Patient for the acts and/or omissions that occurred in the Emergency Department and hospital floor on or about January 2, 2009.

### INJURIES AND DAMAGES

40.    The Patient was survived by her husband, Anthony Snow.

41.    The Plaintiff and Patient suffered harms and losses as the sole, direct and proximate cause of the professional negligence, and deviation from the recognized standard of acceptable professional practice on the part of the Defendants.

42.    As the direct result of the Defendants' negligence as herein alleged, Anthony Snow, as the deceased Patient's next-of-kin, is entitled to recover damages, including but not limited to, the following specific items of damage:

a.   The mental and physical suffering actually endured by the Patient;

b.   Medical expenses necessitated by the Defendants' negligence, including
     expenditures for doctors, nurses, hospital care, medicine and drugs;

c.   Reasonable funeral expenses;

d.   Loss of earning capacity before the Patient's death and future;

e.   Damages pursuant to the wrongful death of Plaintiff's wife, Jessie M. Snow,
     including the loss of love, affection, companionship, care, and attention;

f.   Damages related to great mental anguish and suffering as a result of the death
     of Plaintiff's wife on or about January 3, 2009;

g.   Loss of the pecuniary value of the deceased Patient's life; and

h.   Other damages allowed by law.

### VICARIOUS LIABILITY

43.   Defendant, THMS West Tennessee MC, LLC, is vicariously liable for the acts and
omissions of all its employees, servants and agents including, but not limited to, Dr. Kemp and every
other member of its staff who provided care and treatment to the Patient on or about January 2, 2009.

44.   Defendant, Baptist – Collierville, is vicariously liable for the acts and omissions of all
its employees, servants and agents including, but not limited to, Dr. Kemp and every other member
of its staff who provided care and treatment to the Patient on or about January 2, 2009.

WHEREFORE, the Plaintiff sues the Defendants herein for compensatory damages in an
amount to be determined by the jury, for costs herein, and for all such other and further relief, both
general and specific, legal and equitable, to which the Patient and Plaintiff are entitled by law.

Respectfully submitted,

**THE COCHRAN FIRM – MEMPHIS**

One Commerce Square, Suite 2600
Memphis, Tennessee  38103
(901) 217-7000 [Telephone]
(901) 333-1897 [Facsimile]

By: _____
Bobby F. Martin, Jr.  (TNBPR No. 19488)

STATE OF TENNESSEE )
                       )
COUNTY OF SHELBY )

       Comes now the Affiant, Wendy Sorrels, who, having first been duly sworn, makes oath

that the following statements are true:

1.     My name is Wendy Sorrels. I am an adult citizen, over the age of eighteen (18) years, and am competent to make the statements contained in this Affidavit.

2.     On December 17, 2009, I mailed by certified mail, with return receipt requested, after obtaining a Certificate of Mailing from the U.S. Postal Service, stamped with the date of December 17, 2009, the below notices and all enclosures to Baptist Memorial Hospital – Collierville, Mr. Glenn F. Baker, Administrator and Chief Executive Officer at the address of 1500 West Poplar, Collierville, Tennessee 38017, Mr. Greg Duckett, Registered Agent for Baptist Memorial Hospital - Collierville, at the address of 350 North Humphreys Boulevard, Memphis, Tennessee 38120, Timothy L. Kemp, M.D. at the address of South Emergency Associates/Baptist Collierville Hospital, 1500 West Poplar, Collierville, Tennessee 38017, South Emergency Associates, P.C. at the address of 8596 Rockcreek Parkway, Cordova, Tennessee 38016, and Fred J. Adcock, III, M.D., Registered Agent for South Emergency Associates, P.C., at the address of 8596 Rockcreek Parkway, Cordova, Tennessee 38016 as required by T.C.A. § 29-26-121(a):

Exhibit 1, which is the notice letters.

Exhibit 2, which is the list of the names and addresses of all providers who were being sent a notice pursuant to T.C.A. § 29-26-121 (a).

Exhibit 3, which is HIPAA compliant medical authorizations permitting Baptist Memorial Hospital – Collierville to obtain complete medical records from providers Timothy L. Kemp, M.D. and South Emergency Associates, P.C. who were sent a notice.

Exhibit 4, which is HIPAA compliant medical authorizations permitting Timothy L. Kemp, M.D. to obtain complete medical records from providers Baptist Memorial Hospital – Collierville and South Emergency Associates, P.C. who were sent a notice.

Exhibit 5, which is HIPAA compliant medical authorizations permitting South Emergency Associates, P.C. to obtain complete medical records from providers Baptist Memorial Hospital – Collierville and Timothy L. Kemp, M.D. who were sent a notice.

EXHIBIT

A

Exhibit 6, which is copies of the Certificate of Mailings from the U.S. Postal Service, stamped with the date of mailing.

Exhibit 7, which is copies of the return receipt cards that accompanied the notice letters sent by certified mail.

_Wendy Sonels_
SIGNATURE

Date: _12/17/09_

Subscribed and sworn to before me this _17th_ day of _December_, 2009.

_Sheila J. Boys_
NOTARY PUBLIC

My commission expires: MY COMMISSION EXPIRES OCTOBER 26, 2011

2



THE COCHRAN FIRM
MEMPHIS

ONE COMMERCE SQUARE • 26TH FLOOR • MEMPHIS, TENNESSEE 38103
(901) 523-1222 • FAX: (901) 523-1999
WWW.COCHRANFIRM.COM

December 17, 2009

TN19156

Baptist Memorial Hospital - Collierville
Mr. Glenn F. Baker, Administrator and
Chief Executive Officer
1500 West Poplar
Collierville, Tennessee 38017

VIA CERTIFIED MAIL

RE:   Jessie Mae Snow, Deceased
      Notice Required by T.C.A. § 29-26-121 (a)

Dear Mr. Baker:

I am the attorney representing Jessie Mae Snow, Deceased and Anthony Snow, Jr., Husband.  Through me and my firm, Anthony Snow, Jr. is asserting a potential claim for medical malpractice against your hospital.  This claim arises out of care provided by employees and/or agents of your hospital, to, and/or on behalf of, the hospital's patient, Jessie Mae Snow, Deceased, while Jessie Mae Snow, Deceased was at your hospital at 1500 West Poplar, Collierville, Tennessee 38017 during her admission beginning on/about January 2, 2009.

The full name and date of birth of the patient whose treatment is at issue are:

      Jessie Mae Snow, Deceased
      Date of Birth:  November 13, 1974

The name and address of the claimant authorizing this notice and relationship to the patient are:

      Anthony Snow, Jr., Husband
      140 Jordon Road
      Holly Springs, Mississippi 38635

TENNESSEE LICENSED ATTORNEYS
JOHNNIE L. COCHRAN, JR.
(1937-2005)
SAMUEL A. CHERRY, JR. [1,3]
JOCK M. SMITH [1,3,6]
DONALD W. BUCKLER [4]
H. SCOTT BATES [4]
KEITH R. MITNIK [4]
ALEXANDER M. CLEM [4]
DAVID A. MCLAUGHLIN [2]
DANESE K. BANKS
W. BRYAN SMITH
GARRY J. RHODEN [4,5,7]
BOBBY F. MARTIN, JR. [4,5]
BILL M. WADE [2]
PETER B. GEE, JR. [2,5]
MARK A. LAMBERT [5]

ALSO ADMITTED IN:
[1]ALABAMA
[2]ARKANSAS
[3]DISTRICT OF COLUMBIA
[4]FLORIDA
[5]MISSISSIPPI
[6]NEW YORK
[7]KENTUCKY



EXHIBIT

Baptist Memorial Hospital - Collierville
Mr. Glenn F. Baker, Administrator and
Chief Executive Officer
December 17, 2009
Page 2


The name and address of the attorney sending this notice are:

> Bobby F. Martin, Jr., Esq.
> The Cochran Firm - Memphis
> One Commerce Square, 26th Floor
> Memphis, Tennessee 38103

Enclosed herein is a list of the names and addresses of all providers being sent a notice.

Enclosed are HIPAA compliant medical authorizations permitting your hospital to obtain complete medical records from each other provider being sent a notice.

I know that you will send a copy of this correspondence and all enclosures to your professional liability insurance carrier and/or your risk manager and/or your legal counsel. You are welcome to contact me, or your representative is welcome to contact me. I would appreciate hearing from someone about this matter as soon as possible.

Thank you very much.

Sincerely,

**THE COCHRAN FIRM - MEMPHIS**

Bobby F. Martin, Jr., Esq.
Email: bmartin@cochranfirm.com

BFM/ws

Enclosures



THE COCHRAN FIRM
M E M P H I S

ONE COMMERCE SQUARE • 26TH FLOOR • MEMPHIS, TENNESSEE 38103
(901) 523-1222 • FAX: (901) 523-1999
WWW.COCHRANFIRM.COM

TENNESSEE LICENSED ATTORNEYS
JOHNNIE L. COCHRAN, JR.
(1937-2005)
SAMUEL A. CHERRY, JR. [1,3]
JOCK M. SMITH [1,3,6]
DONALD W. BUCKLER [4]
H. SCOTT BATES [4]
KEITH R. MITNIK [4]
ALEXANDER M. CLEM [4]
DAVID A. MCLAUGHLIN [2]
DANESE K. BANKS
W. BRYAN SMITH
GARRY J. RHODEN [4,5,7]
BOBBY F. MARTIN, JR. [2,5]
·BILL M. WADE [2]
PETER B. GEE, JR. [2,5]
MARK A. LAMBERT [5]


ALSO ADMITTED IN:
[1]ALABAMA
[2]ARKANSAS
[3]DISTRICT OF COLUMBIA
[4]FLORIDA
[5]MISSISSIPPI
[6]NEW YORK
[7]KENTUCKY

December 17, 2009

TN19156

Mr. Greg Duckett
Registered Agent for Baptist Memorial
Hospital - Collierville
350 North Humphreys Boulevard
Memphis, Tennessee 38120

VIA CERTIFIED MAIL

RE:     Jessie Mae Snow, Deceased
        Notice Required by T.C.A. § 29-26-121 (a)
        Baptist Memorial Hospital - Collierville

Dear Mr. Duckett:

You are listed with the State of Tennessee as the agent for service of process for
Baptist Memorial Hospital - Collierville.

I am the attorney representing Jessie Mae Snow, Deceased and Anthony Snow,
Jr., Husband.  Through me and my firm, Anthony Snow, Jr. is asserting a
potential claim for medical malpractice against Baptist Memorial Hospital -
Collierville.  This claim arises out of care provided by Baptist Memorial Hospital
– Collierville to the patient, Jessie Mae Snow, Deceased, at Baptist Memorial
Hospital - Collierville, 1500 West Poplar, Collierville, Tennessee 38017 during
her admission beginning on/about January 2, 2009.

The full name and date of birth of the patient whose treatment is at issue are:

        Jessie Mae Snow, Deceased
        Date of Birth:  November 13, 1974

The name and address of the claimant authorizing this notice and relationship to
the patient are:

        Anthony Snow, Jr., Husband
        140 Jordon Road
        Holly Springs, Mississippi 38635

Mr. Greg Duckett
Registered Agent for Baptist Memorial
Hospital - Collierville
December 17, 2009
Page 2

The name and address of the attorney sending this notice are:

    Bobby F. Martin, Jr., Esq.
    The Cochran Firm - Memphis
    One Commerce Square, 26th Floor
    Memphis, Tennessee 38103

Enclosed herein is a list of the names and addresses of all providers being sent a notice.

Enclosed are HIPAA compliant medical authorizations permitting Baptist Memorial Hospital – Collierville to obtain complete medical records from each other provider being sent a notice.

Please forward this correspondence to the appropriate individuals at Baptist Memorial Hospital – Collierville to the professional liability insurance carrier and/or legal counsel of Baptist Memorial Hospital - Collierville.  Please ask a representative of the professional liability insurance carrier insuring Baptist Memorial Hospital – Collierville for this claim, and/or legal counsel, to contact me.

Thank you.

Sincerely,

**THE COCHRAN FIRM – MEMPHIS**

Bobby F. Martin, Jr., Esq.
Email: bmartin@cochranfirm.com

BFM/ws

Enclosures



THE COCHRAN FIRM
MEMPHIS

ONE COMMERCE SQUARE • 26TH FLOOR • MEMPHIS, TENNESSEE 38103
(901) 523-1222 • FAX: (901) 523-1999
WWW.COCHRANFIRM.COM

TENNESSEE LICENSED ATTORNEYS
JOHNNIE L. COCHRAN, JR.
(1937-2005)
SAMUEL A. CHERRY, JR. [1,3]
JOCK M. SMITH [1,3,6]
DONALD W. BUCKLER [4]
H. SCOTT BATES [4]
KEITH R. MITNIK [4]
ALEXANDER M. CLEM [4]
DAVID A. McLAUGHLIN [2]
DANESE K. BANKS
W. BRYAN SMITH
GARRY J. RHODEN [4,6,7]
BOBBY F. MARTIN, JR. [2,5]
BILL M. WADE [2]
PETER B. GEE, JR. [2,5]
MARK A. LAMBERT [5]

ALSO ADMITTED IN:
[1]ALABAMA
[2]ARKANSAS
[3]DISTRICT OF COLUMBIA
[4]FLORIDA
[5]MISSISSIPPI
[6]NEW YORK
[7]KENTUCKY

December 17, 2009

TN19156

Timothy L. Kemp, M.D.
South Emergency Associates/
Baptist Collierville Hospital
1500 West Poplar
Collierville, Tennessee 38017

VIA CERTIFIED MAIL

    RE:    Jessie Mae Snow, Deceased
           Notice Required by T.C.A. § 29-26-121 (a)

Dear Dr. Kemp:

I am the attorney representing Jessie Mae Snow, Deceased and Anthony Snow, Jr., Husband. Through me and my firm, Anthony Snow, Jr. is asserting a potential claim for medical malpractice against you. This claim arises out of care provided by you to your patient, Jessie Mae Snow, Deceased at Baptist Memorial Hospital – Collierville during her admission beginning on/about January 2, 2009.

The full name and date of birth of the patient whose treatment is at issue are:

    Jessie Mae Snow, Deceased
    Date of Birth: November 13, 1974

The name and address of the claimant authorizing this notice and relationship to the patient are:

    Anthony Snow, Jr., Husband
    140 Jordon Road
    Holly Springs, Mississippi 38635

The name and address of the attorney sending this notice are:

    Bobby F. Martin, Jr., Esq.
    The Cochran Firm – Memphis
    One Commerce Square, 26th Floor
    Memphis, Tennessee 38103

ATLANTA • CHICAGO • LAS VEGAS • LOS ANGELES • MIAMI • NEW ORLEANS • NEW YORK • ST. LOUIS • WASHINGTON D.C.

Timothy L. Kemp, M.D.
South Emergency Associates/
Baptist Collierville Hospital
December 17, 2009
Page 2

Enclosed herein is a list of the names and addresses of all providers being sent a notice.

Enclosed are HIPAA compliant medical authorizations permitting you to obtain complete medical records from each other provider being sent a notice.

Please forward this correspondence and all enclosures to your professional liability insurance carrier and/or your legal counsel. I would also like to invite you to contact me for the purpose of giving a sworn statement detailing the care that you provided to my client. Please ask your representative (either a representative from your professional liability insurance carrier or your legal counsel) to contact me for the purpose of scheduling an appointment.

Thank you.

Sincerely,

**THE COCHRAN FIRM—MEMPHIS**

Bobby F. Martin, Jr., Esq.
Email: bmartin@cochranfirm.com

BFM/ws

Enclosures



ONE COMMERCE SQUARE • 26TH FLOOR • MEMPHIS, TENNESSEE 38103
(901) 523-1222 • FAX: (901) 523-1999
WWW.COCHRANFIRM.COM

TENNESSEE LICENSED ATTORNEYS
JOHNNIE L. COCHRAN, JR.
(1937-2005)
SAMUEL A. CHERRY, JR. [1,3]
JOCK M. SMITH [1,3,6]
DONALD W. BUCKLER [4]
H. SCOTT BATES [4]
KEITH R. MITNIK [4]
ALEXANDER M. CLEM [4]
DAVID A. McLAUGHLIN [2]
DANESE K. BANKS
W. BRYAN SMITH
GARRY J. RHODEN [4,5,7]
BOBBY F. MARTIN, JR. [2,5]
BILL M. WADE [2]
PETER B. GEE, JR. [2,5]
MARK A. LAMBERT [5]

ALSO ADMITTED IN:
[1]ALABAMA
[2]ARKANSAS
[3]DISTRICT OF COLUMBIA
[4]FLORIDA
[5]MISSISSIPPI
[6]NEW YORK
[7]KENTUCKY

December 17, 2009

TN19156

South Emergency Associates, P.C.
8596 Rockcreek Parkway
Cordova, Tennessee 38016

VIA CERTIFIED MAIL

  RE: Jessie Mae Snow, Deceased
     Notice Required by T.C.A. § 29-26-121 (a)

Dear South Emergency Associates, P.C.:

I am the attorney representing Jessie Mae Snow, Deceased and Anthony
Snow, Jr., Husband. Through me and my firm, Anthony Snow, Jr. is asserting
a potential claim for medical malpractice against your professional
corporation. This claim arises out of care provided by employees,
shareholders, members, agents, of South Emergency Associates, P.C. and by
other individuals acting on behalf of South Emergency Associates, P.C. all of
whom provided care to and/or on behalf of South Emergency Associates,
P.C.'s patient, Jessie Mae Snow, Deceased while Jessie Mae Snow, Deceased
received care and attention by or on behalf of South Emergency Associates,
P.C. at Baptist Memorial Hospital - Collierville, 1500 West Poplar,
Collierville, Tennessee during her admission beginning on/about January 2,
2009.

The full name and date of birth of the patient whose treatment is at issue are:

  Jessie Mae Snow, Deceased
  Date of Birth: November 13, 1974

The name and address of the claimant authorizing this notice and relationship
to the patient are:

  Anthony Snow, Jr., Husband
  140 Jordon Road
  Holly Springs, Mississippi 38103

ATLANTA • CHICAGO • LAS VEGAS • LOS ANGELES • MIAMI • NEW ORLEANS • NEW YORK • ST. LOUIS • WASHINGTON D.C.

South Emergency Associates, P.C.
December 17, 2009
Page 2

The name and address of the attorney sending this notice are:

Bobby F. Martin, Jr., Esq.
The Cochran Firm - Memphis
One Commerce Square, 26th Floor
Memphis, Tennessee 38103

Enclosed herein is a list of the names and addresses of all providers being sent a notice.

Enclosed are HIPAA compliant medical authorizations permitting your corporation to obtain complete medical records from each other provider being sent a notice.

Please send a copy of this correspondence and all enclosures to your professional liability insurance carrier and/or your legal counsel. I would appreciate hearing from your representative of your professional liability insurance carrier or your legal counsel as soon as possible.

Thank you.

Sincerely,

**THE COCHRAN FIRM - MEMPHIS**

Bobby F. Martin, Jr., Esq.
Email: bmartin@cochranfirm.com

BFM/ws

Enclosures



THE COCHRAN FIRM
M E M P H I S

ONE COMMERCE SQUARE • 26TH FLOOR • MEMPHIS, TENNESSEE 38103
(901) 523-1222 • FAX: (901) 523-1999
WWW.COCHRANFIRM.COM

TENNESSEE LICENSED ATTORNEYS
JOHNNIE L. COCHRAN, JR.
(1937-2005)
SAMUEL A. CHERRY, JR. [1,3]
JOCK M. SMITH [1,3,6]
DONALD W. BUCKLER[4]
H. SCOTT BATES[4]
KEITH R. MITNIK[4]
ALEXANDER M. CLEM[4]
DAVID A. McLAUGHLIN[2]
DANESE K. BANKS
W. BRYAN SMITH
GARRY J. RHODEN [4,5,7]
BOBBY F. MARTIN, JR. [2,3]
BILL M. WADE[2]
PETER B. GEE, JR. [3,5]
MARK A. LAMBERT[5]

ALSO ADMITTED IN:
[1]ALABAMA
[2]ARKANSAS
[3]DISTRICT OF COLUMBIA
[4]FLORIDA
[5]MISSISSIPPI
[6]NEW YORK
[7]KENTUCKY

December 17, 2009

TN19156

Frank J. Adcock, III, M.D.
Registered Agent for South Emergency
Associates, P.C.
8596 Rockcreek Parkway
Cordova, Tennessee 38016

VIA CERTIFIED MAIL

> RE:   Jessie Mae Snow, Deceased
>        Notice Required by T.C.A. § 29-26-121 (a)
>        South Emergency Associates, P.C.

Dear Dr. Adcock:

You are listed with the State of Tennessee as the agent for service of process
for South Emergency Associates, P.C.

I am the attorney representing Jessie Mae Snow, Deceased and Anthony
Snow, Jr., Husband. Through me and my firm, Anthony Snow, Jr. is asserting
a potential claim for medical malpractice against South Emergency Associates,
P.C. This claim arises out of care provided by South Emergency Associates,
P.C. to the patient, Jessie Mae Snow, Deceased at Baptist Memorial Hospital -
Collierville, in Collierville, Tennessee, during her admission beginning
on/about January 2, 2009.

The full name and date of birth of the patient whose treatment is at issue are:

> Jessie Mae Snow, Deceased
> Date of Birth: November 13, 1974

The name and address of the claimant authorizing this notice and relationship
to the patient are:

> Anthony Snow, Jr., Husband
> 140 Jordon Road
> Holly Springs, Mississippi 38103

Frank J. Adcock, III, M.D.
Registered Agent for South Emergency
Associates, P.C.
December 17, 2009
Page 2

The name and address of the attorney sending this notice are:

> Bobby F. Martin, Jr., Esq.
> The Cochran Firm - Memphis
> One Commerce Square, 26th Floor
> Memphis, Tennessee 38103

Enclosed herein is a list of the names and addresses of all providers being sent a notice.

Enclosed are HIPAA compliant medical authorizations permitting South Emergency Associates, P.C. to obtain complete medical records from each other provider being sent a notice.

Please forward this correspondence to the appropriate individuals at South Emergency Associates, P.C. and to the professional liability insurance carrier and/or legal counsel of South Emergency Associates, P.C. Please ask a representative of the professional liability insurance carrier insuring South Emergency Associates, P.C. for this claim, and/or legal counsel, to contact me.

Thank you.

Sincerely,

**THE COCHRAN FIRM - MEMPHIS**

Bobby F. Martin, Jr., Esq.
Email: bmartin@cochranfirm.com

BFM/ws

Enclosures

## LIST OF NAMES AND ADDRESSES OF ALL PROVIDERS
## BEING SENT A NOTICE PURSUANT TO T.C.A. § 29-26-121(a)

RE:  Jessie Mae Snow, Deceased

The below is a list of health care providers to whom notice is being given, pursuant to T.CA. § 29-26-121(a), of a potential claim for medical malpractice:

1.  Baptist Memorial Hospital - Collierville
    1500 West Poplar
    Collierville, Tennessee 38017

2.  Timothy L. Kemp, M.D.
    South Emergency Associates/Baptist Collierville Hospital
    1500 West Poplar
    Collierville, Tennessee 38017

3.  South Emergency Associates, P.C.
    8596 Rockcreek Parkway
    Cordova, Tennessee 38016

EXHIBIT

2

AUTHORIZATION FOR RELEASE OF PROTECTED HEALTH INFORMATION (PHI)

| Section A: This section must be completed for all Authorizations | | |
|---|---|---|
| Patient/Plan Member Name: *Jessie Mae Snow* | Birth Date: *11/13/74* | Social Security No. *(optional)*: |

| Provider's/Health Plan's Name: *Timothy L. Kemp, M.D.* | Recipient's Name: *Baptist Memorial Hospital-Collierville* | | |
|---|---|---|---|
| Provider's/Health Plan's Address: *South Emergency Associates/ Baptist Collierville Hospital 1500 West Poplar Collierville, TN 38017* | Address 1: *1500 West Poplar* | | |
| | Address 2: | | |
| | City: *Collierville* | State: *TN* | Zip: *38017* |

This authorization will expire on the following: (Fill in the Date or the Event but not both.)
Date:                                            Event:

Purpose of disclosure:    COMPLIANCE WITH T.C.A. § 29-26-121

Description of information to be used or disclosed

Is this request for psychotherapy notes? ☐ Yes, then this is the only item you may request on this authorization. You must submit another authorization for other items below. ☐ No, then you may check as many items below as you need.

| Description: | Date(s): | Description: | Date(s) | Description: | Date(s) |
|---|---|---|---|---|---|
| ☐ All PHI in medical record<br>☐ Admission form<br>☐ Dictation reports<br>☐ Physician orders<br>☐ Intake/outtake<br>☐ Clinical Test<br>☐ Medication Sheets | | ☐ Operative Information<br>☐ Cath lab<br>☐ Special test/therapy<br>☐ Rhythm Strips<br>☐ Nursing Information<br>☐ Transfer forms<br>☐ ER Information | | ☐ Labor/delivery sum.<br>☐ OB nursing assess<br>☐ Postpartum flow sheet<br>☐ Itemized bill:<br>☐ UB-92:<br>☐ Other: all diagnostic films, x-rays, MRIs, CAT scans, etc.<br>☐ Other: | |

I acknowledge, and hereby consent to such, that the released information may contain alcohol, drug abuse, psychiatric, HIV testing, HIV results or AIDS information. _____ (Initial) If not applicable, check here. ☐

I understand that:
1. I may refuse to sign this authorization and that it is strictly voluntary.
2. If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.
3. I may revoke this authorization at any time in writing, but if I do, it will not have any affect on any actions taken prior to receiving the revocation. Further details may be found in the Notice of Privacy Practices.
4. If the requester or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may be redisclosed.
5. I understand that I my attorney will receive copies of all records received through this authorization.
6. I, through my attorney, will get a copy of this form after I sign it.

Section B:

The purpose of the release of my records is for review by [medical care provider] for which I am granting my authorization. **THIS AUTHORIZATION DOES *NOT* PERMIT YOU TO DISCUSS THESE MATTERS WITH ANY [MEDICAL CARE PROVIDER OR THEIR REPRESENTATIVES] OUTSIDE THE PRESENCE OF MY ATTORNEYS.** You may furnish this law firm records that are requested by this office. All medical records obtained pursuant to this authorization by [medical care provider] shall be copied by their office and a Bates-numbered copy shall be furnished to my counsel [attorney and address], within five (5) days after the records are obtained through the use of this authorization.

Section C: Signatures

I have read the above and authorize the disclosure of the protected health information as stated.

| Signature of Patient/Plan Member/Guardian/Patient/Plan Member Representative: | Date: *12/17/09* |
|---|---|
| Print Name of Patient/Plan Member's Representative: | Relationship to Patient/Plan Member: *Husband* |

Revised 3/2003

EXHIBIT
3

## AUTHORIZATION FOR RELEASE OF PROTECTED HEALTH INFORMATION (PHI)

**Section A: This section must be completed for all Authorizations**

| Patient/Plan Member Name: *Jessie Mac Snow* | Birth Date: *11/13/74* | Social Security No. *(optional):* |
|---|---|---|

| Provider's/Health Plan's Name: *South Emergency Associates, P.C.* | Recipient's Name: *Baptist Memorial Hospital -Collierville* |
|---|---|
| Provider's/Health Plan's Address: *8596 Rockcreek Parkway Cordova, TN 38016.* | Address 1: *1500 West Poplar* |
| | Address 2: |
| | City: *Collierville.*   State: TN   Zip: *38017* |

This authorization will expire on the following: (Fill in the Date or the Event but not both.)
Date:                                         Event:

Purpose of disclosure:   COMPLIANCE WITH T.C.A. § 29-26-121

### Description of information to be used or disclosed

Is this request for psychotherapy notes? ☐ Yes, then this is the only item you may request on this authorization. You must submit another authorization for other items below. ☐ No, then you may check as many items below as you need.

| Description: | Date(s): | Description: | Date(s) | Description: | Date(s) |
|---|---|---|---|---|---|
| ☐ All PHI in medical record | | ☐ Operative Information | | ☐ Labor/delivery sum. | |
| ☐ Admission form | | ☐ Cath lab | | ☐ OB nursing assess | |
| ☐ Dictation reports | | ☐ Special test/therapy | | ☐ Postpartum flow sheet | |
| ☐ Physician orders | | ☐ Rhythm Strips | | ☐ Itemized bill: | |
| ☐ Intake/outtake | | ☐ Nursing Information | | ☐ UB-92: | |
| ☐ Clinical Test | | ☐ Transfer forms | | ☐ Other: all diagnostic | |
| ☐ Medication Sheets | | ☐ ER Information | | films, x-rays, MRIs, CAT scans, etc. | |
| | | | | ☐ Other: | |

I acknowledge, and hereby consent to such, that the released information may contain alcohol, drug abuse, psychiatric, HIV testing, HIV results or AIDS information. _____ (initial) If not applicable, check here. ☐

I understand that:
1. I may refuse to sign this authorization and that it is strictly voluntary.
2. If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.
3. I may revoke this authorization at any time in writing, but if I do, it will not have any affect on any actions taken prior to receiving the revocation. Further details may be found in the Notice of Privacy Practices.
4. If the requester or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may be redisclosed.
5. I understand that I my attorney will receive copies of all records received through this authorization.
6. I, through my attorney, will get a copy of this form after I sign it.

**Section B:**

The purpose of the release of my records is for review by [medical care provider] for which I am granting my authorization. **THIS AUTHORIZATION DOES *NOT* PERMIT YOU TO DISCUSS THESE MATTERS WITH ANY MEDICAL CARE PROVIDER OR THEIR REPRESENTATIVE[S] OUTSIDE THE PRESENCE OF MY ATTORNEYS.** You may furnish this law firm records that are requested by this office. All medical records obtained pursuant to this authorization by [medical care provider] shall be copied by their office and a Bates-numbered copy shall be furnished to my counsel [attorney and address], within five (5) days after the records are obtained through the use of this authorization.

**Section C: Signatures**

I have read the above and authorize the disclosure of the protected health information as stated.

| Signature of Patient/Plan Member/Guardian/Patient/Plan Member Representative: *[signature]* | Date: *12/17/09* |
|---|---|
| Print Name of Patient/Plan Member's Representative: *[signature]* | Relationship to Patient/Plan Member: *Husband* |

Revised 3/2003

# AUTHORIZATION FOR RELEASE OF PROTECTED HEALTH INFORMATION (PHI)

**Section A: This section must be completed for all Authorizations**

| Patient/Plan Member Name: Jessie Mae Snow | Birth Date: 11/13/74 | Social Security No. *(optional)*: |
|---|---|---|

| Provider's/Health Plan's Name: Baptist Memorial Hospital – Collierville | Recipient's Name: Timothy L. Kemp, M.D. |
|---|---|
| Provider's/Health Plan's Address: 1500 West Poplar Collierville, TN 38017 | Address 1: South Emergency Associates/Baptist Collierville Hospital |
| | Address 2: 1500 West Poplar |
| | City: Collierville    State: TN    Zip: 38017 |

This authorization will expire on the following: (Fill in the Date or the Event but not both.)
Date:                                Event:

Purpose of disclosure:    COMPLIANCE WITH T.C.A. § 29-26-121

**Description of information to be used or disclosed**

Is this request for psychotherapy notes? ☐ Yes, then this is the only item you may request on this authorization. You must submit another authorization for other items below. ☐ No, then you may check as many items below as you need.

| Description: | Date(s): | Description: | Date(s) | Description: | Date(s) |
|---|---|---|---|---|---|
| ☐ All PHI in medical record | | ☐ Operative Information | | ☐ Labor/delivery sum. | |
| ☐ Admission form | | ☐ Cath lab | | ☐ OB nursing assess | |
| ☐ Dictation reports | | ☐ Special test/therapy | | ☐ Postpartum flow sheet | |
| ☐ Physician orders | | ☐ Rhythm Strips | | ☐ Itemized bill; | |
| ☐ Intake/outtake | | ☐ Nursing Information | | ☐ UB-92; | |
| ☐ Clinical Test | | ☐ Transfer forms | | ☐ Other; all diagnostic | |
| ☐ Medication Sheets | | ☐ ER Information | | films, x-rays, MRIs, CAT scans, etc. | |
| | | | | ☐ Other: | |

I acknowledge, and hereby consent to such, that the released information may contain alcohol, drug abuse, psychiatric, HIV testing, HIV results or AIDS information. _____ (Initial) If not applicable, check here. ☐

I understand that:
1. I may refuse to sign this authorization and that it is strictly voluntary.
2. If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.
3. I may revoke this authorization at any time in writing, but if I do, it will not have any affect on any actions taken prior to receiving the revocation. Further details may be found in the Notice of Privacy Practices.
4. If the requester or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may be redisclosed.
5. I understand that I my attorney will receive copies of all records received through this authorization.
6. I, through my attorney, will get a copy of this form after I sign it.

**Section B:**

The purpose of the release of my records is for review by [medical care provider] for which I am granting my authorization. **THIS AUTHORIZATION DOES *NOT* PERMIT YOU TO DISCUSS THESE MATTERS WITH ANY [MEDICAL CARE PROVIDER OR THEIR REPRESENTATIVES] OUTSIDE THE PRESENCE OF MY ATTORNEYS.** You may furnish this law firm records that are requested by this office. All medical records obtained pursuant to this authorization by [medical care provider] shall be copied by their office and a Bates-numbered copy shall be furnished to my counsel [attorney and address], within five (5) days after the records are obtained through the use of this authorization.

**Section C: Signatures**

I have read the above and authorize the disclosure of the protected health information as stated.

| Signature of Patient/Plan Member/Guardian/Patient/Plan Member Representative: | Date: 12/17/09 |
|---|---|
| Print Name of Patient/Plan Member's Representative: Anthony _____ | Relationship to Patient/Plan Member: Husband |

Revised 3/2003

**EXHIBIT**

4

## AUTHORIZATION FOR RELEASE OF PROTECTED HEALTH INFORMATION (PHI)

**Section A: This section must be completed for all Authorizations**

| Patient/Plan Member Name: Jessie Mae Snow | Birth Date: 11/13/74 | Social Security No. *(optional)*: |

| Provider's/Health Plan's Name: South Emergency Associates, P.C. | Recipient's Name: Timothy L. Kemp, M.D. |
| Provider's/Health Plan's Address: 8596 Rockcreek Parkway Cordova, TN 38016 | Address 1: South Emergency Associates/Baptist Collierville Hospital |
| | Address 2: 1500 West Poplar |
| | City: Collierville | State: TN | Zip: 38017 |

This authorization will expire on the following: (Fill in the Date or the Event but not both.)
Date:                             Event:

Purpose of disclosure:   COMPLIANCE WITH T.C.A. § 29-26-121

**Description of information to be used or disclosed**

Is this request for psychotherapy notes? ☐ Yes, then this is the only item you may request on this authorization. You must submit another authorization for other items below. ☐ No, then you may check as many items below as you need.

| Description: | Date(s): | Description: | Date(s) | Description: | Date(s) |
|---|---|---|---|---|---|
| ☐ All PHI in medical record | | ☐ Operative Information | | ☐ Labor/delivery sum. | |
| ☐ Admission form | | ☐ Cath lab | | ☐ OB nursing assess | |
| ☐ Dictation reports | | ☐ Special test/therapy | | ☐ Postpartum flow sheet | |
| ☐ Physician orders | | ☐ Rhythm Strips | | ☐ Itemized bill: | |
| ☐ Intake/outtake | | ☐ Nursing Information | | ☐ UB-92: | |
| ☐ Clinical Test | | ☐ Transfer forms | | ☐ Other: all diagnostic films, x-rays, MRIs, CAT scans, etc. | |
| ☐ Medication Sheets | | ☐ ER Information | | ☐ Other: | |

I acknowledge, and hereby consent to such, that the released information may contain alcohol, drug abuse, psychiatric, HIV testing, HIV results or AIDS information. _____ (Initial) If not applicable, check here. ☐

I understand that:
1. I may refuse to sign this authorization and that it is strictly voluntary.
2. If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.
3. I may revoke this authorization at any time in writing, but if I do, it will not have any effect on any actions taken prior to receiving the revocation. Further details may be found in the Notice of Privacy Practices.
4. If the requester or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may be redisclosed.
5. I understand that I my attorney will receive copies of all records received through this authorization.
6. I, through my attorney, will get a copy of this form after I sign it.

**Section B:**

The purpose of the release of my records is for review by [medical care provider] for which I am granting my authorization. **THIS AUTHORIZATION DOES NOT PERMIT YOU TO DISCUSS THESE MATTERS WITH ANY [MEDICAL CARE PROVIDER OR THEIR REPRESENTATIVES] OUTSIDE THE PRESENCE OF MY ATTORNEYS.** You may furnish this law firm records that are requested by this office. All medical records obtained pursuant to this authorization by [medical care provider] shall be copied by their office and a Bates-numbered copy shall be furnished to my counsel [attorney and address], within five (5) days after the records are obtained through the use of this authorization.

**Section C: Signatures**

I have read the above and authorize the disclosure of the protected health information as stated.

| Signature of Patient/Plan Member/Guardian/Patient/Plan Member Representative: | Date: 12/17/09 |
| Print Name of Patient/Plan Member's Representative: Anthony V. Snow | Relationship to Patient/Plan Member: Husband |

Revised 3/2003

## AUTHORIZATION FOR RELEASE OF PROTECTED HEALTH INFORMATION (PHI)

**Section A: This section must be completed for all Authorizations**

| Patient/Plan Member Name: | Birth Date: | Social Security No. *(optional)*: |
|---|---|---|
| *Jessie Mae Snow* | *11/13/74* | |

| Provider's/Health Plan's Name: | Recipient's Name: |
|---|---|
| *Baptist Memorial Hospital-Collierville* | *South Emergency Associates, P.C.* |

| Provider's/Health Plan's Address: | Address 1: |
|---|---|
| *1500 West Poplar Collierville, TN 38017* | *8596 Rockcreek Parkway* |
| | Address 2: |
| | City: *Cordova*   State: TN   Zip: *38016* |

This authorization will expire on the following: *(Fill in the Date or the Event but not both.)*
Date:                                     Event:

Purpose of disclosure:   COMPLIANCE WITH T.C.A. § 29-26-121

**Description of information to be used or disclosed**

Is this request for psychotherapy notes? ☐ Yes, then this is the only item you may request on this authorization. You must submit another authorization for other items below.  ☐ No, then you may check as many items below as you need.

| Description: | Date(s): | Description: | Date(s) | Description: | Date(s) |
|---|---|---|---|---|---|
| ☐ All PHI in medical record | | ☐ Operative Information | | ☐ Labor/delivery sum. | |
| ☐ Admission form | | ☐ Cath lab | | ☐ OB nursing assess | |
| ☐ Dictation reports | | ☐ Special test/therapy | | ☐ Postpartum flow sheet | |
| ☐ Physician orders | | ☐ Rhythm Strips | | ☐ Itemized bill; | |
| ☐ Intake/outtake | | ☐ Nursing Information | | ☐ UB-92: | |
| ☐ Clinical Test | | ☐ Transfer forms | | ☐ Other; all diagnostic | |
| ☐ Medication Sheets | | ☐ ER Information | | films, x-rays, MRIs, | |
| | | | | CAT scans, etc. | |
| | | | | ☐ Other: | |

I acknowledge, and hereby consent to such, that the released information may contain alcohol, drug abuse, psychiatric, HIV testing, HIV results or AIDS information. _____ (Initial)  If not applicable, check here. ☐

I understand that:
1. I may refuse to sign this authorization and that it is strictly voluntary.
2. If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.
3. I may revoke this authorization at any time in writing, but if I do, it will not have any affect on any actions taken prior to receiving the revocation. Further details may be found in the Notice of Privacy Practices.
4. If the requester or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may be redisclosed.
5. I understand that I my attorney will receive copies of all records received through this authorization.
6. I, through my attorney, will get a copy of this form after I sign it.

**Section B:**

The purpose of the release of my records is for review by [medical care provider] for which I am granting my authorization. **THIS AUTHORIZATION DOES *NOT* PERMIT YOU TO DISCUSS THESE MATTERS WITH ANY [MEDICAL CARE PROVIDER OR THEIR REPRESENTATIVES] OUTSIDE THE PRESENCE OF MY ATTORNEYS.** You may furnish this law firm records that are requested by this office. All medical records obtained pursuant to this authorization by [medical care provider] shall be copied by their office and a Bates-numbered copy shall be furnished to my counsel [attorney and address], within five (5) days after the records are obtained through the use of this authorization.

**Section C: Signatures**

I have read the above and authorize the disclosure of the protected health information as stated.

| Signature of Patient/Plan Member/Guardian/Patient/Plan Member Representative: | Date: |
|---|---|
| *(signature)* | *12/17/09* |

| Print Name of Patient/Plan Member's Representative: | Relationship to Patient/Plan Member: |
|---|---|
| *Anthony Vidal* | *Husband* |

Revised 3/2003

**EXHIBIT**

**5**

AUTHORIZATION FOR RELEASE OF PROTECTED HEALTH INFORMATION (PHI)

| Section A: This section must be completed for all Authorizations | | |
|---|---|---|
| Patient/Plan Member Name:<br>*Jessie Mae Snow* | Birth Date:<br>*11/13/74* | Social Security No. (*optional*): |
| Provider's/Health Plan's Name:<br>*Timothy L. Kemp, M.D.* | Recipient's Name:<br>*South Emergency Associates, P.C.* | |
| Provider's/Health Plan's Address:<br>*South Emergency Associates*<br>*Baptist Collierville Hospital*<br>*1500 West Poplar*<br>*Collierville, TN 38017* | Address 1: *8596 Rockcreek Parkway* | |
| | Address 2: | |
| | City: *Cordova* | State: *TN*     Zip: *38016* |

This authorization will expire on the following: (Fill in the Date or the Event but not both.)
Date:                                                       Event:

Purpose of disclosure:   COMPLIANCE WITH T.C.A. § 29-26-121

Description of information to be used or disclosed

Is this request for psychotherapy notes? ☐ Yes, then this is the only item you may request on this authorization. You must submit another authorization for other items below. ☐ No, then you may check as many items below as you need.

| Description: | Date(s): | Description: | Date(s) | Description: | Date(s) |
|---|---|---|---|---|---|
| ☐ All PHI in medical record<br>☐ Admission form<br>☐ Dictation reports<br>☐ Physician orders<br>☐ Intake/outtake<br>☐ Clinical Test<br>☐ Medication Sheets | | ☐ Operative Information<br>☐ Cath lab<br>☐ Special test/therapy<br>☐ Rhythm Strips<br>☐ Nursing Information<br>☐ Transfer forms<br>☐ ER Information | | ☐ Labor/delivery sum.<br>☐ OB nursing assess<br>☐ Postpartum flow sheet<br>☐ Itemized bill;<br>☐ UB-92;<br>☐ Other: all diagnostic<br>films, x-rays, MRIs,<br>CAT scans, etc.<br>☐ Other: | |

I acknowledge, and hereby consent to such, that the released information may contain alcohol, drug abuse, psychiatric, HIV testing, HIV results or AIDS information. _____ (Initial) If not applicable, check here. ☐

I understand that:
1. I may refuse to sign this authorization and that it is strictly voluntary.
2. If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.
3. I may revoke this authorization at any time in writing, but if I do, it will not have any affect on any actions taken prior to receiving the revocation. Further details may be found in the Notice of Privacy Practices.
4. If the requester or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may be redisclosed.
5. I understand that I my attorney will receive copies of all records received through this authorization.
6. I, through my attorney, will get a copy of this form after I sign it.

| Section B: |
|---|
| The purpose of the release of my records is for review by [medical care provider] for which I am granting my authorization. **THIS AUTHORIZATION DOES *NOT* PERMIT YOU TO DISCUSS THESE MATTERS WITH ANY [MEDICAL CARE PROVIDER OR THEIR REPRESENTATIVES] OUTSIDE THE PRESENCE OF MY ATTORNEYS.** You may furnish this law firm records that are requested by this office. All medical records obtained pursuant to this authorization shall be copied by their office and a Bates-numbered copy shall be furnished to my counsel [attorney and address], within five (5) days after the records are obtained through the use of this authorization. |

| Section C: Signatures | |
|---|---|
| I have read the above and authorize the disclosure of the protected health information as stated. | |
| Signature of Patient/Plan Member/Guardian/Patient/Plan Member Representative:<br>*[signature]* | Date:<br>*12/17/09* |
| Print Name of Patient/Plan Member's Representative:<br>*[handwritten]* | Relationship to Patient/Plan Member:<br>*Husband* |

Revised 3/2003

**BFTM - TNl9l56**

**Name and Address of Sender**

The Cochran Firm-Memphis
One Commerce Square, 26th Floor
Memphis, TN 38103

Check type of mail or service:

☑ Certified
☐ COD
☑ Delivery Confirmation
☐ Express Mail
☐ Insured

☐ Recorded Delivery (International)
☐ Registered
☑ Return Receipt for Merchandise
☐ Signature Confirmation

Affix Stamp Here
(if issued as a certificate of mailing, or for additional copies of this bill)
Postmark and Date of Receipt

| | Article Number | Addressee (Name, Street, City, State & ZIP Code) | Postage | Fee | Handling Charge | Actual Value if Registered | Insured Value | Due Sender if COD | DC Fee | SC Fee | SH Fee | RD RR Fee |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | 7008 2810 0000 5390 5569 | Baptist Memorial Hospital-Collierville, Attn: Glenn A. Baker, Administrator & CEO, 1500 West Poplar, Collierville, TN 38017 | | | | | | | | | | |
| 2. | 7008 2810 0000 5390 5516 | Dr. Greg Dunleuff, Registered Agent for Baptist Memorial Hospital-Collierville, 350 North Humphreys Boulevard, Memphis, TN 38120 | | | | | | | | | | |
| 3. | 7008 2810 0000 5390 5523 | Timothy L. Kemp, M.D., South Emergency Associates/Baptist Collierville Hospital, 1500 West Poplar, Collierville, TN 38017 | | | | | | | | | | |
| 4. | 7008 2810 0000 5390 5530 | South Emergency Associates, P.C., 8596 Rockcreek Parkway, Cordova, TN 38016 | | | | | | | | | | |
| 5. | 7008 2810 0000 5390 5547 | Frank J. Adcock, II, M.D., Registered Agent for South Emergency Associates, P.C., 8596 Rockcreek Parkway, Cordova, TN 38016 | | | | | | | | | | |
| 6. | | | | | | | | | | | | |
| 7. | | | | | | | | | | | | |
| 8. | | | | | | | | | | | | |

Hasler
12/17/2009
US POSTAGE
UNIT MEMPHIS
$02.20⁰
ZIP 38103
011D11606496

Delivery Confirmation
Signature Confirmation
Special Handling
Restricted Delivery
Return Receipt

**Total Number of Pieces Listed by Sender** 5

**Total Number of Pieces Received at Post Office**

Postmaster, Per (Name of receiving employee)

Complete by Typewriter, Ink, or Ball Point Pen

PS Form 3877, February 2002 (Page 1 of 2)

See Privacy Act Statement on Reverse

tabbies

EXHIBIT

6

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits. *TN 19156*

**1. Article Addressed to:**

Baptist Memorial Hospital -
Collierville
Mr. Glenn F. Baker, Administrator
and Chief Executive Officer
1500 West Poplar
Collierville, Tennessee. 38017

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Ronnie Dixon*   ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery
*Ronnie Dixon*   *12-18*

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

**3. Service Type**
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☑ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

**4. Restricted Delivery? (Extra Fee)**   ☐ Yes

**2. Article Number**
*(Transfer from service label)*   7008 2810 0000 5390 5509

PS Form 3811, February 2004       Domestic Return Receipt       102595-02-M-1540

**EXHIBIT**

**7**

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits. TN19156

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X Ronnie Dixon
☐ Agent
☐ Addressee

B. Received by ( Printed Name )
Ronnie Dixon
C. Date of Delivery
12-18

1. Article Addressed to:

Timothy L. Kemp, M.D.
South Emergency Associates/
Baptist Collierville Hospital
1500 West Poplar
Collierville, Tennessee 38017

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☑ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7008 2810 0000 5390 5523

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits. TN19156

1. Article Addressed to:

Mr. Greg Duckett
Registered Agent for Baptist
Memorial Hospital-Collierville
350 North Humphreys Boulevard
Memphis, Tennessee 38120

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
12-21-09

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☑ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7008 2810 0000 5390 5516

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits. TN19156

1. Article Addressed to:

South Emergency Associates,
P.C.
8596 Rockcreek Parkway
Cordova, Tennessee 38016

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☑ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
FRANK ADCOCK   12-21-09

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☑ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7008 2810 0000 5390 5530

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits. TN19156

1. Article Addressed to:

Frank J. Adcock, III, M.D.
Registered Agent for South
Emergency Associates, P.C.
8596 Rockcreek Parkway
Cordova, Tennessee 38016

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☑ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
FRANK SADCOCK   12-21-09

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☑ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☑ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7008 2810 0000 5390 5547

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

STATE OF TENNESSEE    )
                      )
COUNTY OF SHELBY      )

      Comes now the Affiant, Wendy Sorrels, who, having first been duly sworn, makes oath that the following statements are true:

1.    My name is Wendy Sorrels. I am an adult citizen, over the age of eighteen (18) years, and am competent to make the statements contained in this Affidavit.

2.    On December 23, 2009, I mailed by certified mail, with return receipt requested, after obtaining a Certificate of Mailing from the U.S. Postal Service, stamped with the date of December 23, 2009, the below notices and all enclosures to Baptist Memorial Hospital – Collierville, Mr. Glenn F. Baker, Administrator and Chief Executive Officer at the address of 1500 West Poplar, Collierville, Tennessee 38017, Mr. Greg Duckett, Registered Agent for Baptist Memorial Hospital - Collierville, at the address of 350 North Humphreys Boulevard, Memphis, Tennessee 38120, Timothy L. Kemp, M.D. at the address of South Emergency Associates/Baptist Collierville Hospital, 1500 West Poplar, Collierville, Tennessee 38017, THMS West Tennessee MC, LLC at the address of 1900 Winston Road, Suite 300, Knoxville, Tennessee 37919, and Corporation Service Company, Registered Agent for THMS West Tennessee MC, LLC at the address of 2908 Poston Avenue, Nashville, Tennessee 37203 as required by T.C.A. § 29-26-121(a):

    Exhibit 1, which is the notice letters.

    Exhibit 2, which is the list of the names and addresses of all providers who were being sent a notice pursuant to T.C.A. § 29-26-121 (a).

    Exhibit 3, which is HIPAA compliant medical authorizations permitting Baptist Memorial Hospital – Collierville to obtain complete medical records from providers Timothy L. Kemp, M.D. and THMS West Tennessee MC, LLC who were sent a notice.

    Exhibit 4, which is HIPAA compliant medical authorizations permitting Timothy L. Kemp, M.D. to obtain complete medical records from providers Baptist Memorial Hospital – Collierville and THMS West Tennessee MC, LLC who were sent a notice.

    Exhibit 5, which is HIPAA compliant medical authorizations permitting THMS West Tennessee MC, LLC to obtain complete medical records from providers Baptist Memorial Hospital – Collierville and Timothy L. Kemp, M.D. who were sent a notice.

Exhibit 6, which is copies of the Certificate of Mailings from the U.S. Postal Service, stamped with the date of mailing.

Exhibit 7, which is copies of the return receipt cards that accompanied the notice letters sent by certified mail.

*Wendy Sorels*

SIGNATURE

Date: _12/23/09_

Subscribed and sworn to before me this _23rd_ day of _December_, 2009.

NOTARY PUBLIC

My commission expires: **MY COMMISSION EXPIRES OCTOBER 26, 2011**

2



THE COCHRAN FIRM

MEMPHIS

ONE COMMERCE SQUARE • 26TH FLOOR • MEMPHIS, TENNESSEE 38103
(901) 523-1222 • FAX: (901) 523-1999
WWW.COCHRANFIRM.COM

TENNESSEE LICENSED ATTORNEYS
JOHNNIE L. COCHRAN, JR.
(1937–2005)
SAMUEL A. CHERRY, JR. [1,3]
JOCK M. SMITH [1,3,6]
DONALD W. BUCKLER [4]
H. SCOTT BATES [4]
KEITH R. MITNIK [4]
ALEXANDER M. CLEM [3]
DAVID A. MCLAUGHLIN [3]
DANESE K. BANKS
W. BRYAN SMITH
GARRY J. RHODEN [4,6,7]
BOBBY F. MARTIN, JR. [2,5]
BILL M. WADE [2]
PETER B. GEE, JR. [2,5]
MARK A. LAMBERT [3]

ALSO ADMITTED IN:
[1]ALABAMA
[2]ARKANSAS
[3]DISTRICT OF COLUMBIA
[4]FLORIDA
[5]MISSISSIPPI
[6]NEW YORK
[7]KENTUCKY

December 23, 2009

TN19156

Baptist Memorial Hospital - Collierville
Mr. Glenn F. Baker, Administrator and
Chief Executive Officer
1500 West Poplar
Collierville, Tennessee 38017

**VIA CERTIFIED MAIL**

    RE:    Jessie Mae Snow, Deceased
                Notice Required by T.C.A. § 29-26-121 (a)

Dear Mr. Baker:

I am the attorney representing Jessie Mae Snow, Deceased and Anthony Snow, Jr., Husband. Through me and my firm, Anthony Snow, Jr. is asserting a potential claim for medical malpractice against your hospital. This claim arises out of care provided by employees and/or agents of your hospital, to, and/or on behalf of, the hospital's patient, Jessie Mae Snow, Deceased, while Jessie Mae Snow, Deceased was at your hospital at 1500 West Poplar, Collierville, Tennessee 38017 during her admission beginning on/about January 2, 2009.

The full name and date of birth of the patient whose treatment is at issue are:

    Jessie Mae Snow, Deceased
    Date of Birth: November 13, 1974

The name and address of the claimant authorizing this notice and relationship to the patient are:

    Anthony Snow, Jr., Husband
    140 Jordon Road
    Holly Springs, Mississippi 38635



EXHIBIT
1

Baptist Memorial Hospital - Collierville
Mr. Glenn F. Baker, Administrator and
Chief Executive Officer
December 23, 2009
Page 2

The name and address of the attorney sending this notice are:

> Bobby F. Martin, Jr., Esq.
> The Cochran Firm - Memphis
> One Commerce Square, 26th Floor
> Memphis, Tennessee 38103

Enclosed herein is a list of the names and addresses of all providers being sent a notice.

Enclosed are HIPAA compliant medical authorizations permitting your hospital to obtain complete medical records from each other provider being sent a notice.

I know that you will send a copy of this correspondence and all enclosures to your professional liability insurance carrier and/or your risk manager and/or your legal counsel. You are welcome to contact me, or your representative is welcome to contact me. I would appreciate hearing from someone about this matter as soon as possible.

Thank you very much.

Sincerely,

**THE COCHRAN FIRM - MEMPHIS**

Bobby F. Martin, Jr., Esq.
Email: bmartin@cochranfirm.com

BFM/ws

Enclosures



### THE COCHRAN FIRM
#### M E M P H I S

ONE COMMERCE SQUARE • 26TH FLOOR • MEMPHIS, TENNESSEE 38103
(901) 523-1222 • FAX: (901) 523-1999
WWW.COCHRANFIRM.COM

TENNESSEE LICENSED ATTORNEYS
JOHNNIE L. COCHRAN, JR.
(1937-2005)
SAMUEL A. CHERRY, JR. [1,3]
JOCK M. SMITH [1,3,6]
DONALD W. BUCKLER [4]
H. SCOTT BATES [4]
KEITH R. MITNIK [4]
ALEXANDER M. CLEM [4]
DAVID A. McLAUGHLIN [2]
DANESE K. BANKS
W. BRYAN SMITH
GARRY J. RHODEN [4,5,7]
BOBBY F. MARTIN, JR. [2,5]
BILL M. WADE [2]
PETER B. GEE, JR. [2,5]
MARK A. LAMBERT [5]

ALSO ADMITTED IN:
[1] ALABAMA
[2] ARKANSAS
[3] DISTRICT OF COLUMBIA
[4] FLORIDA
[5] MISSISSIPPI
[6] NEW YORK
[7] KENTUCKY

December 23, 2009

TN19156

Mr. Greg Duckett
Registered Agent for Baptist Memorial
Hospital - Collierville
350 North Humphreys Boulevard
Memphis, Tennessee 38120

VIA CERTIFIED MAIL

> RE:   Jessie Mae Snow, Deceased
>        Notice Required by T.C.A. § 29-26-121 (a)
>        Baptist Memorial Hospital - Collierville

Dear Mr. Duckett:

You are listed with the State of Tennessee as the agent for service of process for Baptist Memorial Hospital - Collierville.

I am the attorney representing Jessie Mae Snow, Deceased and Anthony Snow, Jr., Husband. Through me and my firm, Anthony Snow, Jr. is asserting a potential claim for medical malpractice against Baptist Memorial Hospital - Collierville. This claim arises out of care provided by Baptist Memorial Hospital – Collierville to the patient, Jessie Mae Snow, Deceased, at Baptist Memorial Hospital - Collierville, 1500 West Poplar, Collierville, Tennessee 38017 during her admission beginning on/about January 2, 2009.

The full name and date of birth of the patient whose treatment is at issue are:

> Jessie Mae Snow, Deceased
> Date of Birth: November 13, 1974

The name and address of the claimant authorizing this notice and relationship to the patient are:

> Anthony Snow, Jr., Husband
> 140 Jordon Road
> Holly Springs, Mississippi 38635

Mr. Greg Duckett
Registered Agent for Baptist Memorial
Hospital - Collierville
December 23, 2009
Page 2

The name and address of the attorney sending this notice are:

      Bobby F. Martin, Jr., Esq.
      The Cochran Firm - Memphis
      One Commerce Square, 26th Floor
      Memphis, Tennessee 38103

Enclosed herein is a list of the names and addresses of all providers being sent a notice.

Enclosed are HIPAA compliant medical authorizations permitting Baptist Memorial Hospital – Collierville to obtain complete medical records from each other provider being sent a notice.

Please forward this correspondence to the appropriate individuals at Baptist Memorial Hospital – Collierville to the professional liability insurance carrier and/or legal counsel of Baptist Memorial Hospital - Collierville. Please ask a representative of the professional liability insurance carrier insuring Baptist Memorial Hospital – Collierville for this claim, and/or legal counsel, to contact me.

Thank you.

Sincerely,

**THE COCHRAN FIRM – MEMPHIS**

Bobby F. Martin, Jr., Esq.
Email: bmartin@cochranfirm.com

BFM/ws

Enclosures



THE COCHRAN FIRM
MEMPHIS

ONE COMMERCE SQUARE • 26TH FLOOR • MEMPHIS, TENNESSEE 38103
(901) 523-1222 • FAX: (901) 523-1999
WWW.COCHRANFIRM.COM

TENNESSEE LICENSED ATTORNEYS
JOHNNIE L. COCHRAN, JR.
(1937-2005)
SAMUEL A. CHERRY, JR. [1,3]
JOCK M. SMITH [1,3,6]
DONALD W. BUCKLER [4]
H. SCOTT BATES [4]
KEITH R. MITNIK [4]
ALEXANDER M. CLEM [4]
DAVID A. McLAUGHLIN [2]
DANESE K. BANKS
W. BRYAN SMITH
GARRY J. RHODEN [4,3,7]
BOBBY F. MARTIN, JR. [2,5]
BILL M. WADE [2]
PETER B. GEE, JR. [2,3]
MARK A. LAMBERT [3]

ALSO ADMITTED IN:
[1]ALABAMA
[2]ARKANSAS
[3]DISTRICT OF COLUMBIA
[4]FLORIDA
[5]MISSISSIPPI
[6]NEW YORK
[7]KENTUCKY

December 23, 2009

TN19156

Timothy L. Kemp, M.D.
South Emergency Associates/
Baptist Collierville Hospital
1500 West Poplar
Collierville, Tennessee 38017

VIA CERTIFIED MAIL

RE:   Jessie Mae Snow, Deceased
      Notice Required by T.C.A. § 29-26-121 (a)

Dear Dr. Kemp:

I am the attorney representing Jessie Mae Snow, Deceased and Anthony Snow, Jr., Husband.  Through me and my firm, Anthony Snow, Jr. is asserting a potential claim for medical malpractice against you.  This claim arises out of care provided by you to your patient, Jessie Mae Snow, Deceased at Baptist Memorial Hospital – Collierville during her admission beginning on/about January 2, 2009.

The full name and date of birth of the patient whose treatment is at issue are:

      Jessie Mae Snow, Deceased
      Date of Birth:  November 13, 1974

The name and address of the claimant authorizing this notice and relationship to the patient are:

      Anthony Snow, Jr., Husband
      140 Jordon Road
      Holly Springs, Mississippi 38635

The name and address of the attorney sending this notice are:

      Bobby F. Martin, Jr., Esq.
      The Cochran Firm – Memphis
      One Commerce Square, 26th Floor
      Memphis, Tennessee 38103

Timothy L. Kemp, M.D.
South Emergency Associates/
Baptist Collierville Hospital
December 23, 2009
Page 2

Enclosed herein is a list of the names and addresses of all providers being sent a notice.

Enclosed are HIPAA compliant medical authorizations permitting you to obtain complete medical records from each other provider being sent a notice.

Please forward this correspondence and all enclosures to your professional liability insurance carrier and/or your legal counsel. I would also like to invite you to contact me for the purpose of giving a sworn statement detailing the care that you provided to my client. Please ask your representative (either a representative from your professional liability insurance carrier or your legal counsel) to contact me for the purpose of scheduling an appointment.

Thank you.

Sincerely,

**THE COCHRAN FIRM – MEMPHIS**

Bobby F. Martin, Jr., Esq.
Email: bmartin@cochranfirm.com

BFM/ws

Enclosures



ONE COMMERCE SQUARE • 26TH FLOOR • MEMPHIS, TENNESSEE 38103
(901) 523-1222 • FAX: (901) 523-1999
WWW.COCHRANFIRM.COM

December 23, 2009

TENNESSEE LICENSED ATTORNEYS
JOHNNIE L. COCHRAN, JR.
(1937-2005)
SAMUEL A. CHERRY, JR. [1,3]
JOCK M. SMITH [1,3,6]
DONALD W. BUCKLER [4]
H. SCOTT BATES [4]
KEITH R. MITNIK [4]
ALEXANDER M. CLEM [4]
DAVID A. McLAUGHLIN [2]
DANESE K. BANKS
W. BRYAN SMITH
GARRY J. RHODEN [4,5,7]
BOBBY F. MARTIN, JR. [2,5]
BILL M. WADE [2]
PETER B. GEE, JR. [2,5]
MARK A. LAMBERT [5]

ALSO ADMITTED IN:
[1]ALABAMA
[2]ARKANSAS
[3]DISTRICT OF COLUMBIA
[4]FLORIDA
[5]MISSISSIPPI
[6]NEW YORK
[7]KENTUCKY

TN19156

THMS West Tennessee MC, LLC
1900 Winston Road, Suite 300
Knoxville, Tennessee 37919

VIA CERTIFIED MAIL

> RE:   Jessie Mae Snow, Deceased
>        Notice Required by T.C.A. § 29-26-121 (a)

Dear THMS West Tennessee MC, LLC:

I am the attorney representing Jessie Mae Snow, Deceased and Anthony Snow, Jr., Husband. Through me and my firm, Anthony Snow, Jr. is asserting a potential claim for medical malpractice against your professional corporation. This claim arises out of care provided by employees, shareholders, members, agents, of THMS West Tennessee MC, LLC and by other individuals acting on behalf of THMS West Tennessee MC, LLC all of whom provided care to and/or on behalf of THMS West Tennessee MC, LLC's patient, Jessie Mae Snow, Deceased while Jessie Mae Snow, Deceased received care and attention by or on behalf of THMS West Tennessee MC, LLC at Baptist Memorial Hospital - Collierville, 1500 West Poplar, Collierville, Tennessee during her admission beginning on/about January 2, 2009.

The full name and date of birth of the patient whose treatment is at issue are:

> Jessie Mae Snow, Deceased.
> Date of Birth:  November 13, 1974

The name and address of the claimant authorizing this notice and relationship to the patient are:

> Anthony Snow, Jr., Husband
> 140 Jordon Road
> Holly Springs, Mississippi 38103

THMS West Tennessee MC, LLC
December 23, 2009
Page 2

The name and address of the attorney sending this notice are:

Bobby F. Martin, Jr., Esq.
The Cochran Firm - Memphis
One Commerce Square, 26th Floor
Memphis, Tennessee 38103

Enclosed herein is a list of the names and addresses of all providers being sent a notice.

Enclosed are HIPAA compliant medical authorizations permitting your corporation to obtain complete medical records from each other provider being sent a notice.

Please send a copy of this correspondence and all enclosures to your professional liability insurance carrier and/or your legal counsel. I would appreciate hearing from your representative of your professional liability insurance carrier or your legal counsel as soon as possible.

Thank you.

Sincerely,

**THE COCHRAN FIRM - MEMPHIS**

Bobby F. Martin, Jr., Esq.
Email: bmartin@cochranfirm.com

BFM/ws

Enclosures



THE COCHRAN FIRM
M E M P H I S

ONE COMMERCE SQUARE • 26TH FLOOR • MEMPHIS, TENNESSEE 38103
(901) 523-1222 • FAX: (901) 523-1999
WWW.COCHRANFIRM.COM

December 23, 2009

TENNESSEE LICENSED ATTORNEYS
JOHNNIE L. COCHRAN, JR.
(1937-2005)
SAMUEL A. CHERRY, JR. [1,3]
JOCK M. SMITH [1,3,6]
DONALD W. BUCKLER [4]
H. SCOTT BATES [4]
KEITH R. MITNIK [4]
ALEXANDER M. CLEM [4]
DAVID A. MCLAUGHLIN [2]
DANESE K. BANKS
W. BRYAN SMITH
GARRY J. RHODEN [4,6,7]
BOBBY F. MARTIN, JR. [4,5]
BILL M. WADE [2]
PETER B. GEE, JR. [2,5]
MARK A. LAMBERT [5]

ALSO ADMITTED IN:
[1]ALABAMA
[2]ARKANSAS
[3]DISTRICT OF COLUMBIA
[4]FLORIDA
[5]MISSISSIPPI
[6]NEW YORK
[7]KENTUCKY

TN19156

Corporation Service Company
Registered Agent for THMS West
Tennessee MC, LLC
2908 Poston Avenue
Nashville, Tennessee 37203

VIA CERTIFIED MAIL

   RE: Jessie Mae Snow, Deceased
      Notice Required by T.C.A. § 29-26-121 (a)
      THMS West Tennessee MC, LLC

Dear Corporation Service Company:

You are listed with the State of Tennessee as the agent for service of process
for THMS West Tennessee MC, LLC.

I am the attorney representing Jessie Mae Snow, Deceased and Anthony
Snow, Jr., Husband. Through me and my firm, Anthony Snow, Jr. is asserting
a potential claim for medical malpractice against THMS West Tennessee MC,
LLC. This claim arises out of care provided by THMS West Tennessee MC,
LLC to the patient, Jessie Mae Snow, Deceased at Baptist Memorial Hospital -
Collierville, in Collierville, Tennessee, during her admission beginning
on/about January 2, 2009.

The full name and date of birth of the patient whose treatment is at issue are:

   Jessie Mae Snow, Deceased
   Date of Birth: November 13, 1974

The name and address of the claimant authorizing this notice and relationship
to the patient are:

   Anthony Snow, Jr., Husband
   140 Jordon Road
   Holly Springs, Mississippi 38103

ATLANTA • CHICAGO • LAS VEGAS • LOS ANGELES • MIAMI • NEW ORLEANS • NEW YORK • ST. LOUIS • WASHINGTON D.C.

Corporation Service Company
Registered Agent for THMS West
Tennessee MC, LLC
December 23, 2009
Page 2

The name and address of the attorney sending this notice are:

      Bobby F. Martin, Jr., Esq.
      The Cochran Firm - Memphis
      One Commerce Square, 26th Floor
      Memphis, Tennessee 38103

Enclosed herein is a list of the names and addresses of all providers being sent a notice.

Enclosed are HIPAA compliant medical authorizations permitting THMS West
Tennessee MC, LLC to obtain complete medical records from each other provider being
sent a notice.

Please forward this correspondence to the appropriate individuals at THMS West
Tennessee MC, LLC and to the professional liability insurance carrier and/or legal
counsel of THMS West Tennessee MC, LLC. Please ask a representative of the
professional liability insurance carrier insuring THMS West Tennessee MC, LLC for this
claim, and/or legal counsel, to contact me.

Thank you.

Sincerely,

THE COCHRAN FIRM – MEMPHIS

Bobby F. Martin, Jr., Esq.
Email: bmartin@cochranfirm.com

BFM/ws

Enclosures

## LIST OF NAMES AND ADDRESSES OF ALL PROVIDERS
## BEING SENT A NOTICE PURSUANT TO T.C.A. § 29-26-121(a)

RE:  Jessie Mae Snow, Deceased

The below is a list of health care providers to whom notice is being given, pursuant to T.CA. § 29-26-121(a), of a potential claim for medical malpractice:

1.    Baptist Memorial Hospital - Collierville
    1500 West Poplar
    Collierville, Tennessee 38017

2.    Timothy L. Kemp, M.D.
    South Emergency Associates/Baptist Collierville Hospital
    1500 West Poplar
    Collierville, Tennessee 38017

3.    THMS West Tennessee MC, LLC
    1900 Winston Road, Suite 300
    Knoxville, Tennessee 37919

EXHIBIT
2

## AUTHORIZATION FOR RELEASE OF PROTECTED HEALTH INFORMATION (PHI)

**Section A: This section must be completed for all Authorizations**

| Patient/Plan Member Name: _Jessie Mae Snow_ | Birth Date: _11/13/74_ | Social Security No. *(optional)*: |
|---|---|---|

Provider's/Health Plan's Name: _Timothy L. Kemp, M.D._

Recipient's Name: _Baptist Memorial Hospital - Collierville_

| Provider's/Health Plan's Address: _South Emergency Associates/ Baptist Collierville Hospital 1500 West Poplar Collierville, TN 38017_ | Address 1: _1500 West Poplar_ |
|---|---|

Address 2:

| City: _Collierville_ | State: _TN_ | Zip: _38017_ |
|---|---|---|

This authorization will expire on the following: (Fill in the Date or the Event but not both.)
Date:                          Event:

Purpose of disclosure:     COMPLIANCE WITH T.C.A. § 29-26-121

**Description of information to be used or disclosed**

Is this request for psychotherapy notes? ☐ Yes, then this is the only item you may request on this authorization. You must submit another authorization for other items below. ☐ No, then you may check as many items below as you need.

| Description: | Date(s): | Description: | Date(s) | Description: | Date(s) |
|---|---|---|---|---|---|
| ☐ All PHI in medical record<br>☐ Admission form<br>☐ Dictation reports<br>☐ Physician orders<br>☐ Intake/outtake<br>☐ Clinical Test<br>☐ Medication Sheets | | ☐ Operative information<br>☐ Cath lab<br>☐ Special test/therapy<br>☐ Rhythm Strips<br>☐ Nursing Information<br>☐ Transfer forms<br>☐ ER Information | | ☐ Labor/delivery sum.<br>☐ OB nursing assess<br>☐ Postpartum flow sheet<br>☐ Itemized bill:<br>☐ UB-92:<br>☐ Other: all diagnostic films, x-rays, MRIs, CAT scans, etc.<br>☐ Other: | |

I acknowledge, and hereby consent to such, that the released information may contain alcohol, drug abuse, psychiatric, HIV testing, HIV results or AIDS information. _____ (Initial) If not applicable, check here. ☐

I understand that:
1. I may refuse to sign this authorization and that it is strictly voluntary.
2. If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.
3. I may revoke this authorization at any time in writing, but if I do, it will not have any affect on any actions taken prior to receiving the revocation. Further details may be found in the Notice of Privacy Practices.
4. If the requester or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may be redisclosed.
5. I understand that I my attorney will receive copies of all records received through this authorization.
6. I, through my attorney, will get a copy of this form after I sign it.

**Section B:**

The purpose of the release of my records is for review by [medical care provider] for which I am granting my authorization. **THIS AUTHORIZATION DOES *NOT PERMIT* YOU TO DISCUSS THESE MATTERS WITH ANY [MEDICAL CARE PROVIDER OR THEIR REPRESENTATIVES] OUTSIDE THE PRESENCE OF MY ATTORNEYS.** You may furnish this law firm records that are requested by this office. All medical records obtained pursuant to this authorization by [medical care provider] shall be copied by their office and a Bates-numbered copy shall be furnished to my counsel [attorney and address], within five (5) days after the records are obtained through the use of this authorization.

**Section C: Signatures**

I have read the above and authorize the disclosure of the protected health information as stated.

| Signature of Patient/Plan Member/Guardian/Patient/Plan Member Representative: | Date: _12/23/09_ |
|---|---|

| Print Name of Patient/Plan Member's Representative: _Anthony _____ | Relationship to Patient/Plan Member: _Husband_ |
|---|---|

Revised 3/2003

EXHIBIT
3

## AUTHORIZATION FOR RELEASE OF PROTECTED HEALTH INFORMATION (PHI)

**Section A: This section must be completed for all Authorizations**

| Patient/Plan Member Name: Jessie Mae Snow | Birth Date: 11/13/74 | Social Security No. (optional): |

| Provider's/Health Plan's Name: THMS West Tennessee MC, | Recipient's Name: Baptist Memorial Hospital - Collierville |

| Provider's/Health Plan's Address: 1900 Winston Road, Suite 300 Knoxville, TN 37919 | Address 1: 1500 West Poplar |
| | Address 2: |
| | City: Collierville | State: TN | Zip: 38017 |

This authorization will expire on the following: (Fill in the Date or the Event but not both.)
Date:                                   Event:

Purpose of disclosure:   COMPLIANCE WITH T.C.A. § 29-26-121

### Description of information to be used or disclosed

Is this request for psychotherapy notes? ☐ Yes, then this is the only item you may request on this authorization. You must submit another authorization for other items below. ☐ No, then you may check as many items below as you need.

| Description: | Date(s): | Description: | Date(s) | Description: | Date(s) |
|---|---|---|---|---|---|
| ☐ All PHI in medical record | | ☐ Operative Information | | ☐ Labor/delivery sum. | |
| ☐ Admission form | | ☐ Cath lab | | ☐ OB nursing assess | |
| ☐ Dictation reports | | ☐ Special test/therapy | | ☐ Postpartum flow sheet | |
| ☐ Physician orders | | ☐ Rhythm Strips | | ☐ Itemized bill: | |
| ☐ Intake/outtake | | ☐ Nursing Information | | ☐ UB-92: | |
| ☐ Clinical Test | | ☐ Transfer forms | | ☐ Other: all diagnostic | |
| ☐ Medication Sheets | | ☐ ER Information | | films, x-rays, MRIs, CAT scans, etc. | |
| | | | | ☐ Other: | |

I acknowledge, and hereby consent to such, that the released information may contain alcohol, drug abuse, psychiatric, HIV testing, HIV results or AIDS information. _____ (Initial) If not applicable, check here. ☐

I understand that:
1. I may refuse to sign this authorization and that it is strictly voluntary.
2. If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.
3. I may revoke this authorization at any time in writing, but if I do, it will not have any affect on any actions taken prior to receiving the revocation. Further details may be found in the Notice of Privacy Practices.
4. If the requester or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may be redisclosed.
5. I understand that I my attorney will receive copies of all records received through this authorization.
6. I, through my attorney, will get a copy of this form after I sign it.

**Section B:**

The purpose of the release of my records is for review by [medical care provider] for which I am granting my authorization. **THIS AUTHORIZATION DOES _NOT_ PERMIT YOU TO DISCUSS THESE MATTERS WITH ANY [MEDICAL CARE PROVIDER OR THEIR REPRESENTATIVES] OUTSIDE THE PRESENCE OF MY ATTORNEYS.** You may furnish this law firm records that are requested by this office. All medical records obtained pursuant to this authorization by [medical care provider] shall be copied by their office and a Bates-numbered copy shall be furnished to my counsel [attorney and address], within five (5) days after the records are obtained through the use of this authorization.

**Section C: Signatures**

I have read the above and authorize the disclosure of the protected health information as stated.

| Signature of Patient/Plan Member/Guardian/Patient/Plan Member Representative: | Date: 12/23/09 |
| Print Name of Patient/Plan Member's Representative: Anthony ___ | Relationship to Patient/Plan Member: Husband |

Revised 3/2003

AUTHORIZATION FOR RELEASE OF PROTECTED HEALTH INFORMATION (PHI)

**Section A: This section must be completed for all Authorizations**

| Patient/Plan Member Name: Jessie Mae Snow | Birth Date: 11/13/74 | Social Security No. (optional): |
|---|---|---|

| Provider's/Health Plan's Name: Baptist Memorial Hospital-Collierville | Recipient's Name: Timothy L. Kemp, M.D. |
|---|---|

| Provider's/Health Plan's Address: 1500 West Poplar Collierville, TN 38017 | Address 1: South Emergency Associates/Baptist Collierville Hospital |
|---|---|
| | Address 2: 1500 West Poplar |
| | City: Collierville | State: TN | Zip: 38017 |

This authorization will expire on the following: (Fill in the Date or the Event but not both.)
Date:                                        Event:

Purpose of disclosure:   COMPLIANCE WITH T.C.A. § 29-26-121

**Description of information to be used or disclosed**

Is this request for psychotherapy notes? ☐ Yes, then this is the only item you may request on this authorization. You must submit another authorization for other items below. ☐ No, then you may check as many items below as you need.

| Description: | Date(s): | Description: | Date(s) | Description: | Date(s) |
|---|---|---|---|---|---|
| ☐ All PHI in medical record<br>☐ Admission form<br>☐ Dictation reports<br>☐ Physician orders<br>☐ Intake/outtake<br>☐ Clinical Test<br>☐ Medication Sheets | | ☐ Operative Information<br>☐ Cath lab<br>☐ Special test/therapy<br>☐ Rhythm Strips<br>☐ Nursing Information<br>☐ Transfer forms<br>☐ ER Information | | ☐ Labor/delivery sum.<br>☐ OB nursing assess<br>☐ Postpartum flow sheet<br>☐ Itemized bill:<br>☐ UB-92:<br>☐ Other: all diagnostic films, x-rays, MRIs, CAT scans, etc.<br>☐ Other: | |

I acknowledge, and hereby consent to such, that the released information may contain alcohol, drug abuse, psychiatric, HIV testing, HIV results or AIDS information. _____ (Initial) If not applicable, check here. ☐

I understand that:
1. I may refuse to sign this authorization and that it is strictly voluntary.
2. If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.
3. I may revoke this authorization at any time in writing, but if I do, it will not have any affect on any actions taken prior to receiving the revocation. Further details may be found in the Notice of Privacy Practices.
4. If the requester or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may be redisclosed.
5. I understand that I my attorney will receive copies of all records received through this authorization.
6. I, through my attorney, will get a copy of this form after I sign it.

**Section B:**

The purpose of the release of my records is for review by [medical care provider] for which I am granting my authorization.  **THIS AUTHORIZATION DOES *NOT PERMIT* YOU TO DISCUSS THESE MATTERS WITH ANY [MEDICAL CARE PROVIDER OR THEIR REPRESENTATIVES] OUTSIDE THE PRESENCE OF MY ATTORNEYS.**  You may furnish this law firm records that are requested by this office.  All medical records obtained pursuant to this authorization by [medical care provider] shall be copied by their office and a Bates-numbered copy shall be furnished to my counsel [attorney and address], within five (5) days after the records are obtained through the use of this authorization.

**Section C: Signatures**

I have read the above and authorize the disclosure of the protected health information as stated.

| Signature of Patient/Plan Member/Guardian/Patient/Plan Member Representative: | Date: 12/23/09 |
|---|---|

| Print Name of Patient/Plan Member's Representative: Anthony Snow | Relationship to Patient/Plan Member: husband |
|---|---|

Revised 3/2003

EXHIBIT
4

## AUTHORIZATION FOR RELEASE OF PROTECTED HEALTH INFORMATION (PHI)

**Section A: This section must be completed for all Authorizations**

| Patient/Plan Member Name: *Jessie Mae Snow* | Birth Date: *11/13/74* | Social Security No. *(optional):* |
|---|---|---|

| Provider's/Health Plan's Name: *THMS West Tennessee mc, LLC* | Recipient's Name: *Timothy L. Kemp, M.D.* | |
|---|---|---|
| Provider's/Health Plan's Address: *1900 Winston Road, Suite 300 Knoxville, TN 37919* | Address 1: *South Emergency Associates/ Baptist Collierville Hospital* | |
| | Address 2: *1500 West Poplar* | |
| | City: *Collierville*  State: *TN*  Zip: *38017* | |

This authorization will expire on the following: (Fill in the Date or the Event but not both.)
Date:                                                        Event:

Purpose of disclosure:    COMPLIANCE WITH T.C.A. § 29-26-121

### Description of information to be used or disclosed

Is this request for psychotherapy notes? ☐ Yes, then this is the only item you may request on this authorization. You must submit another authorization for other items below. ☐ No, then you may check as many items below as you need.

| Description: | Date(s): | Description: | Date(s) | Description: | Date(s) |
|---|---|---|---|---|---|
| ☐ All PHI in medical record<br>☐ Admission form<br>☐ Dictation reports<br>☐ Physician orders<br>☐ Intake/outtake<br>☐ Clinical Test<br>☐ Medication Sheets | | ☐ Operative Information<br>☐ Cath lab<br>☐ Special test/therapy<br>☐ Rhythm Strips<br>☐ Nursing Information<br>☐ Transfer forms<br>☐ ER Information | | ☐ Labor/delivery sum.<br>☐ OB nursing assess<br>☐ Postpartum flow sheet<br>☐ Itemized bill:<br>☐ UB-92:<br>☐ Other: all diagnostic films, x-rays, MRIs, CAT scans, etc.<br>☐ Other: | |

I acknowledge, and hereby consent to such, that the released information may contain alcohol, drug abuse, psychiatric, HIV testing, HIV results or AIDS information. _____ (Initial) If not applicable, check here. ☐

I understand that:
1. I may refuse to sign this authorization and that it is strictly voluntary.
2. If I do not sign this form, and the payment for my health care will not be affected unless stated otherwise.
3. I may revoke this authorization at any time in writing, but if I do, it will not have any affect on any actions taken prior to receiving the revocation. Further details may be found in the Notice of Privacy Practices.
4. If the requester or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may be redisclosed.
5. I understand that I my attorney will receive copies of all records received through this authorization.
6. I, through my attorney, will get a copy of this form after I sign it.

**Section B:**

The purpose of the release of my records is for review by [medical care provider] for which I am granting my authorization. THIS AUTHORIZATION DOES *NOT* PERMIT YOU TO DISCUSS THESE MATTERS WITH ANY [MEDICAL CARE PROVIDER OR THEIR REPRESENTATIVES] OUTSIDE THE PRESENCE OF MY ATTORNEYS. You may furnish this law firm records that are requested by this office. All medical records obtained pursuant to this authorization by [medical care provider] shall be copied by their office and a Bates-numbered copy shall be furnished to my counsel [attorney and address], within five (5) days after the records are obtained through the use of this authorization.

**Section C: Signatures**

I have read the above and authorize the disclosure of the protected health information as stated.

| Signature of Patient/Plan Member/Guardian/Patient/Plan Member Representative: | Date: *12/23/09* |
|---|---|
| Print Name of Patient/Plan Member's Representative: *Anthony Snow* | Relationship to Patient/Plan Member: *Husband* |

Revised 3/2003

## AUTHORIZATION FOR RELEASE OF PROTECTED HEALTH INFORMATION (PHI)

**Section A: This section must be completed for all Authorizations**

| Patient/Plan Member Name: *Jessie Mae Snow* | Birth Date: *11/13/74* | Social Security No. *(optional):* |
|---|---|---|

| Provider's/Health Plan's Name: *Baptist Memorial Hospital - Collierville* | Recipient's Name: *THMS West Tennessee MC, LLC* |
|---|---|

| Provider's/Health Plan's Address: *1500 West Poplar Collierville, TN 38017* | Address 1: *1900 Winston Road, Suite 300* |
|---|---|
| | Address 2: |
| | City: *Knoxville*   State: *TN*   Zip: *37919* |

This authorization will expire on the following: (Fill in the Date or the Event but not both.)
Date:                    Event:

Purpose of disclosure:    COMPLIANCE WITH T.C.A. § 29-26-121

### Description of information to be used or disclosed

Is this request for psychotherapy notes? ☐ Yes, then this is the only item you may request on this authorization. You must submit another authorization for other items below. ☐ No, then you may check as many items below as you need.

| Description: | Date(s): | Description: | Date(s) | Description: | Date(s) |
|---|---|---|---|---|---|
| ☐ All PHI in medical record | | ☐ Operative Information | | ☐ Labor/delivery sum. | |
| ☐ Admission form | | ☐ Cath lab | | ☐ OB nursing assess | |
| ☐ Dictation reports | | ☐ Special test/therapy | | ☐ Postpartum flow sheet | |
| ☐ Physician orders | | ☐ Rhythm Strips | | ☐ Itemized bill: | |
| ☐ Intake/outtake | | ☐ Nursing Information | | ☐ UB-92: | |
| ☐ Clinical Test | | ☐ Transfer forms | | ☐ Other: all diagnostic | |
| ☐ Medication Sheets | | ☐ ER Information | | films. x-rays, MRIs, | |
| | | | | CAT scans, etc. | |
| | | | | ☐ Other: | |

I acknowledge, and hereby consent to such, that the released information may contain alcohol, drug abuse, psychiatric, HIV testing, HIV results or AIDS information. _____ (Initial) If not applicable, check here. ☐

I understand that:
1. I may refuse to sign this authorization and that it is strictly voluntary.
2. If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.
3. I may revoke this authorization at any time in writing, but if I do, it will not have any affect on any actions taken prior to receiving the revocation. Further details may be found in the Notice of Privacy Practices.
4. If the requester or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may be redisclosed.
5. I understand that I my attorney will receive copies of all records received through this authorization.
6. I, through my attorney, will get a copy of this form after I sign it.

**Section B:**

The purpose of the release of my records is for review by [medical care provider] for which I am granting my authorization. **THIS AUTHORIZATION DOES NOT PERMIT YOU TO DISCUSS THESE MATTERS WITH ANY MEDICAL CARE PROVIDER OR THEIR REPRESENTATIVES] OUTSIDE THE PRESENCE OF MY ATTORNEYS.** You may furnish this form records that are requested by this office. All medical records obtained pursuant to this authorization by [medical care provider] shall be copied by their office and a Bates-numbered copy shall be furnished to my counsel [attorney and address], within five (5) days after the records are obtained through the use of this authorization.

**Section C: Signatures**

I have read the above and authorize the disclosure of the protected health information as stated.

| Signature of Patient/Plan Member/Guardian/Patient/Plan Member Representative: | Date: *12/23/09* |
|---|---|
| Print Name of Patient/Plan Member's Representative: *Anthony...* | Relationship to Patient/Plan Member: *Husband* |

Revised 3/2003

EXHIBIT
5

AUTHORIZATION FOR RELEASE OF PROTECTED HEALTH INFORMATION (PHI)

**Section A: This section must be completed for all Authorizations**

| Patient/Plan Member Name: *Jessie Mae Snow* | Birth Date: *11/13/74* | Social Security No. (*optional*): |
|---|---|---|

| Provider's/Health Plan's Name: *Timothy L. Kemp, M.D.* | Recipient's Name: *THMS West Tennessee MC, LLC* |
|---|---|

| Provider's/Health Plan's Address: *South Emergency Associates Baptist Collierville Hospital 1500 West Poplar Collierville, TN 38017* | Address 1: *1900 Winston Road, Suite 300* |
|---|---|
| | Address 2: |
| | City: *Knoxville* State: TN Zip: *37919* |

This authorization will expire on the following: (Fill in the Date or the Event but not both.)
Date:        Event:

Purpose of disclosure:    COMPLIANCE WITH T.C.A. § 29-26-121

**Description of information to be used or disclosed**

Is this request for psychotherapy notes? ☐ Yes, then this is the only item you may request on this authorization. You must submit another authorization for other items below. ☐ No, then you may check as many items below as you need.

| Description: | Date(s): | Description: | Date(s) | Description: | Date(s) |
|---|---|---|---|---|---|
| ☐ All PHI in medical record | | ☐ Operative Information | | ☐ Labor/delivery sum. | |
| ☐ Admission form | | ☐ Cath lab | | ☐ OB nursing assess | |
| ☐ Dictation reports | | ☐ Special test/therapy | | ☐ Postpartum flow sheet | |
| ☐ Physician orders | | ☐ Rhythm Strips | | ☐ Itemized bill; | |
| ☐ Intake/outtake | | ☐ Nursing Information | | ☐ UB-92; | |
| ☐ Clinical Test | | ☐ Transfer forms | | ☐ Other: all diagnostic films, x-rays, MRIs, CAT scans, etc. | |
| ☐ Medication Sheets | | ☐ ER Information | | ☐ Other: | |

I acknowledge, and hereby consent to such, that the released information may contain alcohol, drug abuse, psychiatric, HIV testing, HIV results or AIDS information. _____ (Initial) If not applicable, check here. ☐

I understand that:
1. I may refuse to sign this authorization and that it is strictly voluntary.
2. If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.
3. I may revoke this authorization at any time in writing, but if I do, it will not have any affect on any actions taken prior to receiving the revocation. Further details may be found in the Notice of Privacy Practices.
4. If the requester or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may be redisclosed.
5. I understand that I my attorney will receive copies of all records received through this authorization.
6. I, through my attorney, will get a copy of this form after I sign it.

**Section B:**

The purpose of the release of my records is for review by [medical care provider] for which I am granting my authorization. **THIS AUTHORIZATION DOES *NOT* PERMIT YOU TO DISCUSS THESE MATTERS WITH ANY [MEDICAL CARE PROVIDER OR THEIR REPRESENTATIVES] OUTSIDE THE PRESENCE OF MY ATTORNEYS.** You may furnish this law firm records that are requested by this office. All medical records obtained pursuant to this authorization by [medical care provider] shall be copied by their office and a Bates-numbered copy shall be furnished to my counsel [attorney and address], within five (5) days after the records are obtained through the use of this authorization.

**Section C: Signatures**

I have read the above and authorize the disclosure of the protected health information as stated.

| Signature of Patient/Plan Member/Guardian/Patient/Plan Member Representative: | Date: *12/23/09* |
|---|---|
| Print Name of Patient/Plan Member's Representative: *Anthony V. Snow* | Relationship to Patient/Plan Member: *Husband* |

Revised 3/2003

**EXHIBIT**

tabbies

6

**BFM - TN14156**

Name and Address of Sender

The Cochran Firm - Memphis
One Commerce Square, 24th Floor
Memphis, TN 38103

| | Article Number | Addressee (Name, Street, City, State, & ZIP Code) | Postage | Fee | Handling Charge | Actual Value if Registered | Insured Value | Due Sender if COD | DC Fee | SC Fee | SH Fee | RD Fee | RR Fee |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | 7008 2810 0000 5390 5578 | Baptist Memorial Hospital - Collierville and Gwendolyn Baker, Administrator 1500 West Poplar Collierville, TN 38017 | | | | | | | | | | | |
| 2. | 7008 2810 0000 5390 5585 | Mr. Aaron Altett, Registered Agent for Baptist Memorial Hospital - Collierville 350 North Humphreys Boulevard Memphis, TN 38120 | | | | | | | | | | | |
| 3. | 7008 2810 0000 5390 5592 | Timothy L. Kemp, M.D. South Emergency Associates (Baptist Collierville) 1500 West Poplar Collierville, TN 38017 | | | | | | | | | | | |
| 4. | 7008 2810 0000 5390 5608 | THMS West Tennessee MC, LLC 1900 Winston Road, Suite 300 Knoxville, TN 37919 | | | | | | | | | | | |
| 5. | 7008 2810 0000 5390 5615 | Corporation Service Company Registered Agent for THMS West Tennessee MC, LLC 2908 Poston Avenue Nashville, TN 37203 | | | | | | | | | | | |
| 6. | | | | | | | | | | | | | |
| 7. | | | | | | | | | | | | | |
| 8. | | | | | | | | | | | | | |

Total Number of Pieces Listed by Sender: 5

Total Number of Pieces Received at Post Office

Postmaster, Per (Name of receiving employee)

PS Form 3877, February 2002 (Page 1 of 2)

Complete by Typewriter, Ink, or Ball Point Pen

See Privacy Act Statement on Reverse

Check type of mail or service:

☐ Certified
☐ COD
☐ Delivery Confirmation
☐ Express Mail
☐ Insured

☐ Recorded Delivery (International)
☐ Registered
☑ Return Receipt for Merchandise
☐ Signature Confirmation

Affix Stamp Here
(if issued as a certificate of mailing, or for additional copies of this bill)
Postmark, and
Date of Receipt

Delivery Confirmation

Signature Confirmation

Special Handling

Restricted Delivery

Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits. _TN19156_

1. Article Addressed to:

Timothy L. Kemp, M.D.
South Emergency Associates/
Baptist Collierville Hospital
1500 West Poplar
Collierville, TN 38017

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Ronnie Dixon_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Ronnie Dixon   12-28

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☑ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7008 2810 0000 5390 5592

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits. _TN19156_

1. Article Addressed to:

Baptist Memorial Hospital –
Collierville
Mr. Glenn F. Baker, Administrator
and Chief Executive Officer
1500 West Poplar
Collierville, Tennessee 38017

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Ronnie Dixon_   ☑ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Ronnie Dixon   12-28

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☑ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7008 2810 0000 5390 5578

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits. _TN19156_

1. Article Addressed to:

Mr. Greg Duckett
Registered Agent for Baptist
Memorial Hospital –Collierville
350 North Humphreys Boulevard
Memphis, Tennessee 38120

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Vernita Thompson_   ☑ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   12-29-09

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☑ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7008 2810 0000 5390 5585

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**EXHIBIT**

**7**

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits. TN19156

1. Article Addressed to:

THMS West Tennessee
MC, LLC
1900 Winston Road, Suite 300
Knoxville, Tennessee 37919

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [Brewer]    ☐ Agent
             ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
S BREWER    12-28

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered    ☑ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7008 2810 0000 5390 5608

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits. TN19156

1. Article Addressed to:

Corporation Service Company
Registered Agent for THMS
West Tennessee MC, LLC
2908 Poston Avenue
Nashville, TN 37203

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X    ☐ Agent
    ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:    ☐ No

APR 28 2010

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered    ☑ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7008 2810 0000 5390 5615

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

# IN THE CIRCUIT COURT OF TENNESSEE
## FOR THE THIRTIETH JUDICIAL DISTRICT AT MEMPHIS, SHELBY COUNTY

ANTHONY SNOW, Individually and as
Next of Kin of JESSIE M. SNOW, Deceased,

      Plaintiff,

v.

TIMOTHY L. KEMP, M.D., THMS WEST
TENNESSEE MC, LLC, and BAPTIST
MEMORIAL HOSPITAL – COLLIERVILLE,

      Defendants.

Div. __

Docket No. CT-_____

Jury Demanded

---

## CERTIFICATE OF GOOD FAITH

### Medical Malpractice Case

### PLAINTIFF'S FORM

A.     In accordance with T.C.A. § 29-26-122, I hereby state the following: (Check item 1 or 2 below and sign your name beneath the item you have checked, verifying the information you have checked.  Failure to check item 1 or 2 and/or not signing item 1 or 2 will make this case subject to dismissal with prejudice.)

☐    1.    The Plaintiff or Plaintiff's counsel has consulted with one (1) or more experts who have provided a signed written statement confirming that upon information and belief they:

    (A)    Are competent under § 29-26-115 to express opinion(s) in the case; and

    (B)    Believe, based on the information available from the medical records concerning the care and treatment of the Plaintiff for the incident(s) at issue, that there is a good faith basis to maintain the action consistent with the requirements of § 29-26-115.

              _____
              Signature of Plaintiff if not represented, or Signature of
              Plaintiff's Counsel

or

**EXHIBIT**

*B*

☒  2.   The Plaintiff or Plaintiff's counsel has consulted with one (1) or more experts who have provided a signed written statement confirming that upon information and belief they:

(A)   Are competent under § 29-26-115 to express opinion(s) in the case; and

(B)   Believe, based on the information available from the medical records reviewed concerning the care and treatment of the Plaintiff for the incident(s) at issue and, as appropriate, information from the Plaintiff or others with knowledge of the incident(s) at issue, that there are facts material to the resolution of the case that cannot be reasonably ascertained from the medical records or information reasonably available to the Plaintiff or Plaintiff's counsel; and that despite the absence of this information there is a good faith basis for maintaining the action as to each Defendant consistent with the requirements of § 29-26-115. Refusal of the Defendant to release the medical records in a timely fashion, or where it is impossible for the Plaintiff to obtain the medical records shall waive the requirement that the expert review the medical records prior to expert certification.

_____
Signature of Plaintiff if not represented, or Signature of Plaintiff's Counsel

B.   You MUST complete the information below and sign:

I have been found in violation of T.C.A. § 29-26-122 _____ prior times. (Insert number of prior violations by you).

_____        _____
Signature of Person Executing This Document        4/22/10
                                                   Date

2

**MISSISSIPPI STATE DEPARTMENT OF HEALTH**
**VITAL RECORDS**

**CERTIFICATE OF DEATH**
STATE OF MISSISSIPPI

STATE FILE NUMBER: 2009-000914

FILING DATE: JAN 09 2009

1. NAME: JESSIE MAE SNOW

5. SEX: FEMALE

3. HOUR OF DEATH: 5:45 p.

2a. DATE OF DEATH: JANUARY 3, 2009

4. RACE: BLACK

5a. AGE: 34 Years

7. DATE OF BIRTH: NOV. 13, 1974

8. BIRTHPLACE: TENNESSEE

7. PLACE OF DEATH (Check only one box): Hospital

9a. FACILITY NAME: 140 JORDON ROAD

9b. CITY, TOWN OR LOCATION OF DEATH: HOLLY SPRINGS

9c. COUNTY OF DEATH: MARSHALL

10. DECEDENT'S EDUCATION: 4

11. MARRIED, NEVER MARRIED, WIDOWED, DIVORCED: MARRIED

12. SURVIVING SPOUSE: ANTHONY SNOW

13. WAS DECEASED EVER IN U.S. ARMED FORCES: NO

14. WAS DECEDENT OF HISPANIC ORIGIN: No

15. SOCIAL SECURITY NUMBER: 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

16a. USUAL OCCUPATION: TEACHER

16b. KIND OF BUSINESS OR INDUSTRY: HEADSTART

17a. RESIDENCE-STATE: MISSISSIPPI

17b. COUNTY: MARSHALL

17c. CITY OR TOWN: HOLLY SPRINGS

17d. INSIDE CITY LIMITS: NO

17e. STREET AND NUMBER OR RURAL LOCATION: 140 JORDON ROAD

18. FATHER – NAME: JESSIE RUBIN

19. MOTHER – NAME: NATOMA DORTCH

20a. INFORMANT – NAME: ANTHONY SNOW

20b. RELATIONSHIP TO DECEDENT: SPOUSE

20c. MAILING ADDRESS: 140 JORDON RD., HOLLY SPRINGS, MS 38635

21. METHOD OF DISPOSITION: BURIAL

22. PLACE OF DISPOSITION: PLEASANT HILL CME CHURCH CEMETERY, MT. PLEASANT, MS

FS-461

23a. FUNERAL HOME – NAME: J. F. BRITTENUM & SON # 47B

FUNERAL HOME LICENSE NUMBER: FS-212

23c. MAILING ADDRESS: 125 MEMPHIS ST., HOLLY SPRINGS, MS 38635

24a. PERSON WHO PRONOUNCED DEATH – NAME and TITLE: JAMES R. ANDERSON, MARSHALL COUNTY MEE

23b. PRONOUNCED DEAD: ON Jan 3, 2009

24. PRONOUNCED DEAD (Hour): 6:18 p.m.

24a. CERTIFIER – NAME: JAMES R. ANDERSON

24b. MAILED ADDRESS: P.O. BOX 5464, HOLLY SPRINGS, MS 38634-5464

25a. SIGNATURE: James R. Anderson

25b. TITLE: LMF I

25c. DATE SIGNED: Jan 7, 2009

26. CAUSE OF DEATH:

PART I.

IMMEDIATE CAUSE (a): Saddle Pulmonary Thrombo embolus

DUE TO, OR AS A CONSEQUENCE OF (b): Dee Venous Thrombosis, Left Lower Extremity

DUE TO, OR AS A CONSEQUENCE OF (c): Right Ventricular Dilatation Of Heart

27. PART II. OTHER SIGNIFICANT CONDITIONS:

28. AUTOPSY: YES

29. WAS CASE REFERRED TO MEDICAL EXAMINER: YES

Mississippi State Department of Health                Revised 1-24-08                Form 511

THIS IS TO CERTIFY THAT THE ABOVE IS A TRUE AND CORRECT COPY OF THE CERTIFICATE ON FILE IN THIS OFFICE

JAN 22 2009

Judy Moulder
STATE REGISTRAR

**WARNING:** A REPRODUCTION OF THIS DOCUMENT RENDERS IT VOID AND INVALID. DO NOT ACCEPT UNLESS EMBOSSED SEAL OF THE MISSISSIPPI STATE BOARD OF HEALTH IS PRESENT. IT IS ILLEGAL TO ALTER OR COUNTERFEIT THIS DOCUMENT.

VERIFY PRESENCE OF WATERMARK   HOLD TO LIGHT TO VIEW

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER. THIS IS WATERMARKED PAPER. DO NOT ACCEPT WITHOUT FIRST HOLDING

EXHIBIT
C

**(CIRCUIT/CHANCERY) COURT OF TENNESSEE**
**140 ADAMS AVENUE, MEMPHIS, TENNESSEE 38103**
**FOR THE THIRTIETH JUDICIAL DISTRICT AT MEMPHIS**

## SUMMONS IN CIVIL ACTION

Docket No. _CT-002067-10_

☑ Lawsuit
☐ Divorce

Ad Damnum $ _____

| | | |
|---|---|---|
| ANTHONY SNOW, Individually and as Next of Kin of JESSIE M. SNOW, Deceased, | VS | TIMOTHY L. KEMP, M.D., THMS WEST TENNESSEE MC, LLC, and BAPTIST MEMORIAL HOSPITAL - COLLIERVILLE, |
| **Plaintiff(s)** | | **Defendant(s)** |

TO: (Name and Address of Defendant (One defendant per summons))

THMS West Tennessee MC, LLC
c/o Corporation Service Company
2908 Poston Avenue
Nashville, TN 37203

Please serve upon registered agent for service of process.

**Method of Service:**
☐ Certified Mail
☐ Shelby County Sheriff
☐ Commissioner of Insurance ($)
☐ Secretary of State ($)
☐ Other TN County Sheriff ($)
☑ Private Process Server
☐ Other

($) Attach Required Fees

You are hereby summoned and required to defend a civil action by filing your answer with the Clerk of the Court and serving a copy of your answer to the Complaint on Bobby F. Martin, Jr., Esq., The Cochran Firm - Memphis Plaintiff's attorney, whose address is One Commerce Square, 26th Floor, Memphis, TN 38103 , telephone +1 (901) 217-7000 within THIRTY (30) DAYS after this summons has been served upon you, not including the day of service. If you fail to do so, a judgment by default may be taken against you for the relief demanded in the Complaint.

JIMMY MOORE _____ Clerk

TESTED AND ISSUED _April 27 2010_ By _____ D.C.

TO THE DEFENDANT:

NOTICE; Pursuant to Chapter 919 of the Public Acts of 1980, you are hereby given the following notice:
Tennessee law provides a four thousand dollar ($4,000) personal property exemption from execution or seizure to satisfy a judgment. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the Clerk of the Court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued before the filing of the list. Certain items are automatically exempt by law and do not need to be listed. These include items of necessary wearing apparel (clothing) for yourself and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible and school books. Should any of these items be seized, you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer.

FOR AMERICANS WITH DISABILITIES ACT (ADA) ASSISTANCE ONLY, CALL (901) 379-7895

I, JIMMY MOORE , Clerk of the Court,
Shelby County, Tennessee, certify this to
be a true and accurate copy as filed this

_____

JIMMY MOORE _____ , Clerk

By: _____ , D.C.

## RETURN OF SERVICE OF SUMMONS

I HEREBY CERTIFY THAT I **HAVE** SERVED THE WITHIN SUMMONS:

By delivering on the _____26_____ day of _____April_____, 20_10_ at _11:48_ A.M. a copy of the summons

and a copy of the Complaint to the following Defendant _THMS WEST Tennessee MC, LLC c/o Corporation_

_& Service Company @ 2908 Poston Ace, Nashville, TN 37203 c/o Mary Marchetti_
_(Reg. Agent)_

By: ___Craig L. Rush___

_____        ~~Sheriff~~ or other authorized person to serve process
Signature of person accepting service

## RETURN OF NON-SERVICE OF SUMMONS

I HEREBY CERTIFY THAT I **HAVE NOT** SERVED THE WITHIN SUMMONS:

To the named Defendant _____

because _____ is (are) not to be found in this County after diligent search and inquiry for the following

reason(s): _____

This _____ day of _____, 20_____.

By: _____
Sheriff or other authorized person to serve process

Docket No: _C T00 20267-10_

IN THE
(CIRCUIT/CHANCERY) COURT

OF TENNESSEE
FOR THE
THIRTIETH JUDICIAL
DISCTRICT AT MEMPHIS

**SUMMONS IN A CIVIL ACTION**

ANTHONY SNOW/JESSIE M. SNOW, Decd

Plaintiff

VS

TIMOTHY L. KEMP, M.D., et al.

Defendant

Bobby F. Martin, Jr., Esq.

Attorney for Plaintiff/Pro Se

(901) 217-7000

Telephone Number

**(CIRCUIT/CHANCERY) COURT OF TENNESSEE**
**140 ADAMS AVENUE, MEMPHIS, TENNESSEE 38103**
**FOR THE THIRTIETH JUDICIAL DISTRICT AT MEMPHIS**

## SUMMONS IN CIVIL ACTION

Docket No. CT-002067-10

- ⦿ Lawsuit
- ○ Divorce

Ad Damnum $ _____

| ANTHONY SNOW, Individually and as Next of Kin of JESSIE M. SNOW, Deceased, | VS | TIMOTHY L. KEMP, M.D., THMS WEST TENNESSEE MC, LLC, and BAPTIST MEMORIAL HOSPITAL - COLLIERVILLE, |
|---|---|---|
| Plaintiff(s) | | Defendant(s) |

TO: (Name and Address of Defendant (One defendant per summons))

| Baptist Memorial Hospital - Collierville c/o Mr. Greg Duckett 350 North Humphreys Blvd. Memphis, TN 38120-2177 Please serve upon registered agent for service of process. | Method of Service: ○ Certified Mail ○ Shelby County Sheriff ○ Commissioner of Insurance ($) ○ Secretary of State ($) ○ Other TN County Sheriff ($) ⦿ Private Process Server ○ Other ($) Attach Required Fees |
|---|---|

You are hereby summoned and required to defend a civil action by filing your answer with the Clerk of the Court and serving a copy of your answer to the Complaint on Bobby F. Martin, Jr., Esq., The Cochran Firm - Memphis   Plaintiff's attorney, whose address is One Commerce Square, 26th Floor, Memphis, TN 38103 , telephone   +1 (901) 217-7000 within THIRTY (30) DAYS after this summons has been served upon you, not including the day of service. If you fail to do so, a judgment by default may be taken against you for the relief demanded in the Complaint.

JIMMY MOORE _____ Clerk

TESTED AND ISSUED ____April 22 2010____ By _____ , D.C.

### TO THE DEFENDANT:

NOTICE: Pursuant to Chapter 919 of the Public Acts of 1980, you are hereby given the following notice: Tennessee law provides a four thousand dollar ($4,000) personal property exemption from execution or seizure to satisfy a judgment. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the Clerk of the Court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed. These include items of necessary wearing apparel (clothing) for yourself and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible and school books. Should any of these items be seized, you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer.

FOR AMERICANS WITH DISABILITIES ACT (ADA) ASSISTANCE ONLY, CALL (901) 379-7895

I, JIMMY MOORE _____ , Clerk of the Court, Shelby County, Tennessee, certify this to be a true and accurate copy as filed this

___JIMMY MOORE___ , Clerk

By: _____ , D.C.

## RETURN OF SERVICE OF SUMMONS

**SERVED**

I HEREBY CERTIFY THAT I **HAVE** SERVED THE WITHIN SUMMONS:

By delivering on the **23 Rd** day of **April** , 20**10** at **12:57 P** M. a copy of the summons

and a copy of the Complaint to the following Defendant **Baptist Memorial Hospital C/o Gregory Burke**

at **350 Humphreys Blvd. Memphis, Tn. 38120**

Richard Brooks Jr.
Brooks Professional Process Server
6725 Shoreline Circle
Memphis, TN. 38141
PH: 901-370-8373 Cell:901-497-8913

By: _Richard Brooks_

Sheriff or other authorized person to serve process

Signature of person accepting service

STATE
OF
TENNESSEE
NOTARY
PUBLIC
SHELBY COUNTY
JUNETTE L. BROOKS

_April 24, 2010_

_Junette L Brooks_

**MY COMMISSION EXPIRES:**
**March 16, 2011**

## RETURN OF NON-SERVICE OF SUMMONS

I HEREBY CERTIFY THAT I **HAVE NOT** SERVED THE WITHIN SUMMONS:

To the named Defendant _____

because _____ is (are) not to be found in this County after diligent search and inquiry for the following

reason(s): _____

This _____ day of _____, 20_____.

By: _____
Sheriff or other authorized person to serve process

Docket No: _CT 002007-10_

IN THE
(CIRCUIT/CHANCERY) COURT

OF TENNESSEE
FOR THE
THIRTIETH JUDICIAL
DISCTRICT AT MEMPHIS

**SUMMONS IN A CIVIL ACTION**

ANTHONY SNOW/JESSIE M. SNOW, Decd
Plaintiff

VS

TIMOTHY L. KEMP, M.D., et al.
Defendant

Bobby F. Martin, Jr., Esq.
Attorney for Plaintiff/Pro Se

(901) 217-7000
Telephone Number

**(CIRCUIT/CHANCERY) COURT OF TENNESSEE**
**140 ADAMS AVENUE, MEMPHIS, TENNESSEE 38103**
**FOR THE THIRTIETH JUDICIAL DISTRICT AT MEMPHIS**

## SUMMONS IN CIVIL ACTION

Docket No. CT-002067-10

- ● Lawsuit
- ○ Divorce

Ad Damnum $ _____

| | | |
|---|---|---|
| ANTHONY SNOW, Individually and as Next of Kin of JESSIE M. SNOW, Deceased, | VS | TIMOTHY L. KEMP, M.D., THMS WEST TENNESSEE MC, LLC, and BAPTIST MEMORIAL HOSPITAL COLLIERVILLE, |
| **Plaintiff(s)** | | **Defendant(s)** |

TO: (Name and Address of Defendant (One defendant per summons))

Timothy L. Kemp, M.D.
c/o Baptist Collierville Hospital
1500 West Poplar
Collierville, TN 38017

**Method of Service:**
- ○ Certified Mail
- ○ Shelby County Sheriff
- ○ Commissioner of Insurance ($)
- ○ Secretary of State ($)
- ○ Other TN County Sheriff ($)
- ⊘ Private Process Server
- ○ Other

($) Attach Required Fees

You are hereby summoned and required to defend a civil action by filing your answer with the Clerk of the Court and serving a copy of your answer to the Complaint on  Bobby F. Martin, Jr., Esq., The Cochran Firm - Memphis   Plaintiff's attorney, whose address is  One Commerce Square, 26th Floor, Memphis, TN 38103   telephone   +1 (901) 217-7000 within THIRTY (30) DAYS after this summons has been served upon you, not including the day of service. If you fail to do so, a judgment by default may be taken against you for the relief demanded in the Complaint.

JIMMY MOORE _____ Clerk

TESTED AND ISSUED  April 22, 2010  By _____ , D.C.

### TO THE DEFENDANT:

NOTICE: Pursuant to Chapter 919 of the Public Acts of 1980, you are hereby given the following notice:
Tennessee law provides a four thousand dollar ($4,000) personal property exemption from execution or seizure to satisfy a judgment. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the Clerk of the Court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed. These include items of necessary wearing apparel (clothing) for yourself and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible and school books. Should any of these items be seized, you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer.

FOR AMERICANS WITH DISABILITIES ACT (ADA) ASSISTANCE ONLY, CALL (901) 379-7895

I, JIMMY MOORE _____ , Clerk of the Court,
Shelby County, Tennessee, certify this to
be a true and accurate copy as filed this

JIMMY MOORE _____ , Clerk

By: _____ , D.C.

| SERVED | RETURN OF SERVICE OF SUMMONS |
|---|---|

I HEREBY CERTIFY THAT I **HAVE** SERVED THE WITHIN SUMMONS:

By delivering on the _26+h_ day of _April_ , 20____ at _____ M. a copy of the summons

and a copy of the Complaint to the following Defendant _Timothy L. Kemp c/o Baptist Hospital Collieru_

at _1500 W. Poplar Ave, Collierville, Tn. 38017 at 9:22 Am._

Richard Brooks Jr.
Brooks Professional Process Server
8728 Shoreline Circle
Memphis, TN. 38141
PH: 901-379-6373 Cell: 901-497-6913

By: _____

Signature of person accepting service                    Sheriff or other authorized person to serve process

*[Notary seal: JUNETTE L. BROOKS, STATE OF TENNESSEE, NOTARY PUBLIC, SHELBY COUNTY]*

_April 26, 2010_

_Junette L. Brooks_

MY COMMISSION EXPIRES:
March 16, 2011

RETURN OF NON-SERVICE OF SUMMONS

I HEREBY CERTIFY THAT I **HAVE NOT** SERVED THE WITHIN SUMMONS:

To the named Defendant _____

because _____ is (are) not to be found in this County after diligent search and inquiry for the following

reason(s): _____

This _____ day of _____, 20_____.

By: _____
Sheriff or other authorized person to serve process

Docket No: _CT-002067-10_

IN THE
(CIRCUIT/CHANCERY) COURT
OF TENNESSEE
FOR THE
THIRTIETH JUDICIAL
DISTRICT AT MEMPHIS

**SUMMONS IN A CIVIL ACTION**

ANTHONY SNOW/JESSIE M. SNOW, Decd
Plaintiff

VS

TIMOTHY L. KEMP, M.D., et al.
Defendant

Bobby F. Martin, Jr., Esq;
Attorney for Plaintiff/Pro Se

(901) 217-7000
Telephone Number

# IN THE CIRCUIT COURT OF TENNESSEE
## FOR THE THIRTIETH JUDICIAL DISTRICT AT MEMPHIS, SHELBY COUNTY

ANTHONY SNOW, Individually and as
Next of Kin of JESSIE M. SNOW, Deceased,

     Plaintiff,

v.

TIMOTHY L. KEMP, M.D., THMS WEST
TENNESSEE MC, LLC, and BAPTIST
MEMORIAL HOSPITAL – COLLIERVILLE,

     Defendants.

Div. _VII_

Docket No. CT- _002067-10_

Jury Demanded

---

### CERTIFICATE OF GOOD FAITH

#### Medical Malpractice Case

#### PLAINTIFF'S FORM

A.     In accordance with T.C.A. § 29-26-122, I hereby state the following: (Check item 1 or 2 below and sign your name beneath the item you have checked, verifying the information you have checked. Failure to check item 1 or 2 and/or not signing item 1 or 2 will make this case subject to dismissal with prejudice.)

☐    1.     The Plaintiff or Plaintiff's counsel has consulted with one (1) or more experts who have provided a signed written statement confirming that upon information and belief they:

     (A)     Are competent under § 29-26-115 to express opinion(s) in the case; and

     (B)     Believe, based on the information available from the medical records concerning the care and treatment of the Plaintiff for the incident(s) at issue, that there is a good faith basis to maintain the action consistent with the requirements of § 29-26-115.

_____

Signature of Plaintiff if not represented, or Signature of
Plaintiff's Counsel

or

X   2.   The Plaintiff or Plaintiff's counsel has consulted with one (1) or more experts who have provided a signed written statement confirming that upon information and belief they:

(A)   Are competent under § 29-26-115 to express opinion(s) in the case; and

(B)   Believe, based on the information available from the medical records reviewed concerning the care and treatment of the Plaintiff for the incident(s) at issue and, as appropriate, information from the Plaintiff or others with knowledge of the incident(s) at issue, that there are facts material to the resolution of the case that cannot be reasonably ascertained from the medical records or information reasonably available to the Plaintiff or Plaintiff's counsel; and that despite the absence of this information there is a good faith basis for maintaining the action as to each Defendant consistent with the requirements of § 29-26-115.  Refusal of the Defendant to release the medical records in a timely fashion, or where it is impossible for the Plaintiff to obtain the medical records shall waive the requirement that the expert review the medical records prior to expert certification.

_____
Signature of Plaintiff if not represented, or Signature of Plaintiff's Counsel

B.   You MUST complete the information below and sign:

I have been found in violation of T.C.A. § 29-26-122 __0__ prior times.  (Insert number of prior violations by you).

_____          __4/22/10_____
Signature of Person Executing This Document          Date

2