## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | |
|---|---|
| **ANTHONY SNOW, Individually and as Next of Kin of JESSIE M. SNOW, Deceased** | **JUDGMENT IN A CIVIL CASE** |
| v. | |
| **TIMOTHY L. KEMP, M.D., and BAPTIST MEMORIAL HOSPITAL - COLLIERVILLE** | **CASE NO: 10-2363-A** |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Stipulation Of Voluntary Dismissal Without Prejudice entered on December 8, 2011, this cause is hereby dismissed without prejudice.

APPROVED:

s/ S. Thomas Anderson
**UNITED STATES DISTRICT COURT**

DATE: 12/12/2011

                                                    THOMAS M. GOULD
                                                    **Clerk of Court**

                                                    s/Terry L. Haley
                                                    (By)   Deputy Clerk